ORIGINAL

FILED
JUN 3 2008
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

**RHINOCORPS LTD. CO.,**

**Plaintiff,**

**No.** 08-410 C

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

## DISCLOSURE STATEMENT

Plaintiff RhinoCorps Ltd. Co. hereby provides notice pursuant to RCFC 7.1 that it does not have a parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

LEWIS AND ROCA LLP

By [signature]

Ross L. Crown
Attorneys for Plaintiff RhinoCorps Ltd. Co.
201 Third Street NW, Suite 1950
P. O. Box 1027
Albuquerque, New Mexico 87103-1027
Telephone: (505) 764-5402
Facsimile: (505) 764-5463