ORIGINAL

FILED
JUN 3 2008
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

**RHINOCORPS LTD. CO.,**

**Plaintiff,**

**No. 08-410 C**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**AFFIDAVIT OF ANTHONY J.D. CONTRI**

STATE OF NEW MEXICO )
) ss.
COUNTY OF BERNALILLO )

I, Anthony J.D. Contri, having first been duly sworn under oath, state as follows:

1. I am the President of RhinoCorps Ltd. Co. (RhinoCorps), the Plaintiff in the above-captioned bid protest. In that capacity, I provide this affidavit.

2. I am familiar with RhinoCorps' performance of Contract No. F29601-03-C-0203 (hereinafter referred to as "ARSS Contract").

3. I am familiar with the communications by and on behalf of RhinoCorps with the Air Force concerning the decision of the Air Force not to solicit a small business set-aside contract as a follow-on to the ARSS Contract, its decision not to extend the term of the ARSS Contract until a new contract is in place and related matters all as more fully set forth in the

Complaint for Declaratory Judgment and Injunctive Relief filed by RhinoCorps in this protest proceeding.

4. I am familiar with the documents the Air Force produced to RhinoCorps in response to a request under the Freedom of Information Act.

5. This affidavit is submitted in support of RhinoCorps' Application for Temporary Restraining Order and Preliminary Injunction in this protest proceeding.

6. Attached to this affidavit are the following documents relevant to RhinoCorps' Application for Temporary Restraining Order and Preliminary Injunction:

Exhibit 1: Excerpts of the ARSS Contract.

Exhibit 2: Statement of Work dated 14 October 2004 for Delivery Order No. 00220024 issued under Contract No. DTRA01-03-D-0022, also referred to as the "DTRIAC Contract".

Exhibit 3: Announcement from INPUT Federal Technology Opportunities dated 24 January 2008.

Exhibit 4: Letter from Representative Heather Wilson to Secretary of the Air Force Michael Wynne dated 19 March 2008.

Exhibit 5: Letter from Major General Herbert J. Carlisle to Rep. Wilson dated 17 April 2008.

Exhibit 6: Letter from Rep. Wilson to Secretary Wynne dated 22 April 2008.

Exhibit 7: Source Synopsis Survey posted by the Air Force dated 6 May 2008.

Exhibit 8: Letter from Colonel Randolph P. Miller to Rep. Wilson dated 9 May 2008.

Exhibit 9: Letter from counsel for RhinoCorps to Contracting Officer Shirley D. Lindom dated 23 May 2008.

Exhibit 10: Letter from Ms. Lindom to counsel for RhinoCorps dated 27 May 2008.

Anthony J.D. Contri

SUBSCRIBED AND SWORN TO before me on the 2nd day of June 2008.

Notary Public

My commission expires:

3·20·2011

Seal (if any)

# EXHIBIT 1

# AWARD / CONTRACT

| | | | |
|---|---|---|---|
| **AWARD / CONTRACT** | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING DO-A5 | PAGE 1 of PAGES 28 |
| 2. CONTRACT (PROC. INST. IDENT.) NO. F29601-03-C-0203 | 3. EFFECTIVE DATE 30 MAY 2003 | 4. REQUISITION / PURCHASE REQUEST / PROJECT NO. See Section G | |

5. ISSUED BY AFRL/PK8VE CODE FA9453
AIR FORCE RESEARCH LABORATORY
DET8/PKVE
2251 MAXWELL AVE . SE
KIRTLAND AFB NM 87117-5773
CATHERINE L. WATERS (505) 846-5575
CATHERINE.WATERS@KIRTLAND.AF.MIL

6. ADMINISTERED BY (IF OTHER THAN ITEM 5) CODE S0302A
DCMA PHOENIX
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE SUITE 400
PHOENIX AZ 85004-4400

SCD: C PAS: (NONE)

7. NAME AND ADDRESS OF CONTRACTOR (NO., STREET, CITY, COUNTY, STATE AND ZIP CODE)
RHINOCORPS, LTD.
10801 LOMAS BLVD NE SUITE 103
ALBUQUERQUE NM 87112-5474
(505) 541-0053

CAGE CODE 1KCY9 FACILITY CODE

8. DELIVERY
☐ FOB Origin ☒ Other (see below)

9. DISCOUNT FOR PROMPT PAYMENT
N

10. SUBMIT INVOICES (4 COPIES UNLESS OTHERWISE SPECIFIED) TO THE ADDRESS SHOWN IN — ITEM See Block 12

11. SHIP TO / MARK FOR CODE
See Section F

12. PAYMENT WILL BE MADE BY CODE HQ0339
DFAS-CO/WEST ENTITLEMENT OPER
P O BOX 182381
COLUMBUS OH 43218-2381

EFT: T

13. AUTHORITY FOR OTHER THAN FULL AND OPEN COMPETITION

14. ACCOUNTING AND APPROPRIATION DATA
See Section G

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| See Section B | | | | | |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT | $5,658,069.00 |

## 16. Table of Contents


| | SEC | DESCRIPTION | PAGE(S) | | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| √ | A | SOLICITATION/CONTRACT FORM | 1 | √ | I | CONTRACT CLAUSES | 22 |
| √ | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS & ATTACHMENTS** | |
| √ | C | DESCRIPTION/SPECS./WORK STATEMENT | 10 | √ | J | LIST OF ATTACHMENTS | 28 |
| √ | D | PACKAGING AND MARKING | 11 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| √ | E | INSPECTION AND ACCEPTANCE | 12 | | K | REPRESENTATIONS, CERTIFICATIONS OTHER STATEMENTS OF OFFERORS | |
| √ | F | DELIVERIES OR PERFORMANCE | 13 | | | | |
| √ | G | CONTRACT ADMINISTRATION DATA | 15 | | L | INSTRS., CONDS., AND NOTICES TO | |
| √ | H | SPECIAL CONTRACT REQUIREMENTS | 18 | | M | EVALUATION FACTORS FOR AWARD | |


*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☒ **Contractor's Negotiated Agreement** (Contractor is required to sign this document and return 1 copies to issuing office). Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ **Award** (Contractor is not required to sign this document). Your offer on solicitation number , including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

20A. NAME OF CONTRACTING OFFICER
JAYNE M. FARIS

| 19B. Name of Contractor | 19C. Date Signed | 20B. United States of America | 20C. Date Signed |
|---|---|---|---|
| by ______ (signature of person authorized to sign) | | //signed// by ______ (signature of Contracting Officer) | 2003 MAY 29 |

NSN 7540-01-152-8069
Previous Editions unusable
ConWrite Version 5.2.10

**STANDARD FORM 26** (Rev 4-85)
Prescribed by GSA FAR (48 CFR) 53.214(a)
Created 04 Jun 2003 2:43 PM

| ITEM | SUPPLIES OR SERVICES | Qty Purch Unit | Unit Price Total Item Amount |
|---|---|---|---|
| 0001 | | 1 Lot | $4,404,038.00 $4,404,038.00 |

*Noun:* AF NWCA TECHNICAL AND PROGRAMMATIC SUPPORT
*ACRN:* 9
*NSN:* N - Not Applicable
*DD1423 is Exhibit:* A
*Contract type:* U - COST PLUS FIXED FEE
*Inspection:* DESTINATION
*Acceptance:* DESTINATION
*FOB:* DESTINATION
*Descriptive Data:*
The contractor shall furnish all labor, supplies, hardware, materials, travel, facilities, other direct costs reasonably required to accomplish technical and programmatic support pursuant to the requirements contained in the Statement of Work, entitled "AF Nuclear Weapons and Counterproliferation Agency (NWCA) Support", Attachment 1, dated 25 November 2002. THIS CLIN WILL NOT INCLUDE TEST SUPPORT

SOW paragraphs which apply to this CLIN: 6.1 - Program Management, 6.2 - Technical Studies/Reporting and System Acquisition Support, 6.3 - Operational/Combat Support, 6.4 - Computation, Modeling and Simulation, 6.6 - Intelligence Support and Target Assessment, 6.7 - Administrative Support, 6.8 - Classified Network Administration, 7.0 - Information Technology Security

BASIC EFFORT (30 May 2003 or date of award through 29 May 2005)

**000101**

*Noun:* Funding Info Only
*ACRN:* AA $100,000.00

**000102**

*Noun:* Funding Info Only
*ACRN:* AB $260,000.00

**I. NOTICE:** The following contract clauses pertinent to this section are hereby incorporated by reference:

**AIR FORCE MATERIEL COMMAND FEDERAL ACQUISITION REGULATION SUPPLEMENT CONTRACT CLAUSES**

5352.216-9001 PAYMENT OF FEE (AFMC) (CPFF) (JUL 1997)
Estimated Cost '$5,261,976.00'
Fixed Fee '$396,093.00'

**II. NOTICE:** The following contract clauses pertinent to this section are hereby incorporated in full text:

**OTHER CONTRACT CLAUSES IN FULL TEXT**

**B049 OPTIONS (APR 2000)**

The Government may require performance of the work required by CLIN(s) 0004 through 0012. The Contracting Officer shall provide written notice of intent to exercise this option to the Contractor on or before 28 Feb 2005 for OPTION I; 28 Feb 2006 for OPTION II or 28 Feb 2007 for OPTION III. If the Government exercises this option(s) by 30 May 2005 for OPTION I; 30 May 2006 for OPTION II or 30 May 2007 for OPTION III , the Contractor shall perform at the estimated cost and fee, if applicable, set forth as follows:

OPTION I

| | |
|---|---|
| Estimated Cost: | $2,748,558 |
| Fixed Fee: | $ 206,896 |
| Total CPFF: | $2,955,454 |

OPTION II

| | |
|---|---|
| Estimated Cost: | $2,871,858 |
| Fixed Fee: | $ 216,179 |
| Total CPFF: | $3,088,037 |

OPTION III

| | |
|---|---|
| Estimated Cost: | $3,000,942 |
| Fixed Fee: | $ 225,895 |
| Total CPFF: | $3,226,837 |

Total Effort: $14,928,397

**B054 IMPLEMENTATION OF LIMITATION OF FUNDS (FEB 2003) (TAILORED)**

The sum allotted to this contract and available for payment of costs under 0001 through 0003 in accordance with the clause in Section I entitled "Limitation of Funds" is $400,000.00.

**NOTICE:** The following contract clauses pertinent to this section are hereby incorporated in full text:

**OTHER CONTRACT CLAUSES IN FULL TEXT**

**C003 INCORPORATED DOCUMENTS/REQUIREMENTS (APR 1998)**

Work called for by the contract line items specified in SECTION B shall be performed in accordance with the following:

1. STATEMENT OF WORK.

The Statement of Work (SOW), entitled "AF Nuclear Weapons and Counterproliferation Agency (NWCA) Support", dated 25 November 2002, is attached and located under Section J, Attachment 1.

2. REPORTING REQUIREMENTS

DD Form 1423, Contract Data Requirement List (CDRL), dated 9 Jan 03, referred to herein as Exhibit A (A-Series)(A001 through A009)(See Section J).

3. MEASUREMENT SYSTEMS

All measurement units in all documents presented to the Air Force shall be proposed by the contractor.

4. TECHNICAL REVIEW MEETINGS (TRMs)

Technical Review Meetings (TRMs) with the contractor are anticipated during the period of performance. The TRMS shall take place at NWCA or at the contractor's facility on a bimonthly basis (every two months).

**I. NOTICE:** The following contract clauses pertinent to this section are hereby incorporated by reference:

**FEDERAL ACQUISITION REGULATION CONTRACT CLAUSES**

52.242-15 STOP-WORK ORDER (AUG 1989) - ALTERNATE I (APR 1984)
52.247-34 F.O.B. DESTINATION (NOV 1991)

**II. NOTICE:** The following contract clauses pertinent to this section are hereby incorporated in full text:

**OTHER CONTRACT CLAUSES IN FULL TEXT**

**F002 PERIOD OF PERFORMANCE (FEB 1997) (TAILORED)**

The completion date of technical performance is 29 May 05 (Basic Effort)
The contract completion date shall be 29 May 05 (Basic Effort)

Option Period of Performance dates (if applicable):

Option I - 30 May 2005 through 29 May 2006 (CLINs 0004-0006)
Option II - 30 May 2006 through 29 May 2007 (CLINs 0007-0009)
Option III - 30 May 2007 through 29 May 2008 (CLINs 0010-0012)

**F003 CONTRACT DELIVERIES (FEB 1997)**

The following terms, if used within this contract in conjunction with contract delivery requirements (including data deliveries), are hereby defined as follows:

(a) "MAC" and "MARO" mean "months after the effective date for award of the contractual action (as shown in block 3, Section A, SF 26)".

(b) "WARO" means "weeks after the effective date for award of the contractual action".

(c) "DARO" means "days after the effective date for award of the contractual action".

(d) "ASREQ" means "as required". Detailed delivery requirements are then specified elsewhere in Section F.

**F005 DELIVERY OF REPORTS (OCT 1998) (TAILORED)**

(a) All data shall be delivered in accordance with the delivery schedule shown on the Contract Data Requirements List, attachments, or as incorporated by reference.

(b) All reports and correspondence submitted under this contract shall include the contract number and project number and be forwarded prepaid. A copy of the letters of transmittal shall be delivered to the Contracting Officer (CO) and Administrative Contracting Officer (ACO). The addresses are set forth on the contract award cover page. All other address(es) and code(s) for consignee(s) are as set forth in the contract or incorporated by reference.

**NOTICE:** The following contract clauses pertinent to this section are hereby incorporated in full text:

**OTHER CONTRACT CLAUSES IN FULL TEXT**

**H001 OPTIONS (MAY 1997) (TAILORED)**

The Government reserves the right to exercise the following option(s) subject to the stated conditions:

Option 1: (30 May 05 - 29 May 06)
Option 2: (30 May 06 - 29 May 07)
Option 3: (30 May 07 - 29 May 08)

In the event an option is exercised, the affected sections of the contract, e.g., Section B, Section F, Section G, etc., will be modified as appropriate.

**H014 SUCCESSOR CONTRACTOR (SEP 1997) (TAILORED)**

(a) This contract represents a continuing need of the Government, and as such, it is anticipated that, upon completion or termination of this contract, another contract for substantially the same effort will be executed. In the event that another Contractor is selected as the "successor" Contractor, it is mutually agreed and understood that the Government interests in such a case may be best served through employment by the successor Contractor of Contractor employees who may be acceptable to the successor Contractor and who otherwise elect to accept employment with the successor Contractor.

(b) The Contractor agrees to preserve and make available to the Contracting Officer, if requested, copies of all records and other documentation, developed or acquired under this contract or preceding contracts for this effort, regarding performance of the work required by this contract.

(c) The Contractor agrees to cooperate fully with the Government and any successor Contractor to ensure an orderly transition at the end of this contract. The Contractor shall:

(1) Make available to the Contracting Officer, upon request, the names, job titles, and duties of all employees who have worked under this contract;

(2) Permit current employees to be interviewed for possible employment by a successor Contractor;

(3) Provide, as requested, an orientation for successor Contractor employees during the final fourteen (14) days of this contract.

**H025 INCORPORATION OF SECTION K (OCT 1998)**

Section K of the solicitation is hereby incorporated by reference.

**H032 PRINCIPAL INVESTIGATOR (MAR 1998)**

The RhinoCorps, Ltd. Principal Investigator for this effort is Mr. Joseph A. Pappe, Jr. No substitution shall be made without the prior written approval of the Air Force Procuring Contracting Officer (PCO).

**H033 SOLICITATION NUMBER (APR 1998)**

Solicitation Number: F29601-03-R-0001

**Contract Clauses in this section are from the FAR, Defense FAR Sup, Air Force FAR Sup, and the Air Force Materiel Command FAR Sup, and are current through the following updates:**

**Database_Version: 5.2.x.500; Issued: 3/7/2003; Clauses: ; FAR: FAC 2001-12; DFAR: DCN20030301; DL.: DL 98-021; Class Deviations: CD 2002o0003; AFFAR: 2002 Edition; AFMCFAR: 2002 Edition; AFAC: AFAC 20021122; IPN: 98-009**

I. **NOTICE:** The following contract clauses pertinent to this section are hereby incorporated by reference:

**A. FEDERAL ACQUISITION REGULATION CONTRACT CLAUSES**

| | |
|---|---|
| 52.202-01 | DEFINITIONS (DEC 2001) |
| 52.203-03 | GRATUITIES (APR 1984) |
| 52.203-05 | COVENANT AGAINST CONTINGENT FEES (APR 1984) |
| 52.203-06 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995) |
| 52.203-07 | ANTI-KICKBACK PROCEDURES (JUL 1995) |
| 52.203-08 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997) |
| 52.204-02 | SECURITY REQUIREMENTS (AUG 1996) |
| 52.204-04 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000) |
| 52.209-06 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995) |
| 52.215-02 | AUDIT AND RECORDS -- NEGOTIATION (JUN 1999) |
| 52.215-08 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT (OCT 1997) |
| 52.215-10 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (OCT 1997) |
| 52.215-12 | SUBCONTRACTOR COST OR PRICING DATA (OCT 1997) |
| 52.215-14 | INTEGRITY OF UNIT PRICES (OCT 1997) |
| 52.215-15 | PENSION ADJUSTMENTS AND ASSET REVERSIONS (DEC 1998) |
| 52.215-17 | WAIVER OF FACILITIES CAPITAL COST OF MONEY (OCT 1997) |
| 52.215-18 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS (OCT 1997) |
| 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997) |
| 52.216-07 | ALLOWABLE COST AND PAYMENT (DEC 2002) |
| 52.216-08 | FIXED FEE (MAR 1997) |
| 52.219-06 | NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUL 1996) |
| 52.219-08 | UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2000) |
| 52.219-14 | LIMITATIONS ON SUBCONTRACTING (DEC 1996) |
| 52.222-01 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997) |
| 52.222-02 | PAYMENT FOR OVERTIME PREMIUMS (JUL 1990)<br>Para (a), Dollar amount is '$0.00' |
| 52.222-03 | CONVICT LABOR (AUG 1996) |
| 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES (FEB 1999) |
| 52.222-26 | EQUAL OPPORTUNITY (APR 2002) |
| 52.222-35 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001) |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998) |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001) |

| | |
|---|---|
| 52.223-06 | DRUG-FREE WORKPLACE (MAY 2001) |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (JUL 2000) |
| 52.227-01 | AUTHORIZATION AND CONSENT (JUL 1995) - ALTERNATE I (APR 1984) |
| 52.227-02 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (AUG 1996) |
| 52.227-10 | FILING OF PATENT APPLICATIONS -- CLASSIFIED SUBJECT MATTER (APR 1984) |
| 52.227-11 | PATENT RIGHTS -- RETENTION BY THE CONTRACTOR (SHORT FORM) (JUN 1997)<br>Para (l), Communications: 'AFRL/PKVE' |
| 52.228-07 | INSURANCE -- LIABILITY TO THIRD PERSONS (MAR 1996) |
| 52.229-10 | STATE OF NEW MEXICO GROSS RECEIPTS AND COMPENSATING TAX (OCT 1988)<br>Para (c), Agency name 'United States Department of the Air Force'<br>Para (g), Agency name 'United States Department of the Air Force'<br>Para (g), Agency name 'United States Department of the Air Force'<br>Para (g), Agency name 'United States Department of the Air Force' |
| 52.232-09 | LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984) |
| 52.232-17 | INTEREST (JUN 1996) |
| 52.232-22 | LIMITATION OF FUNDS (APR 1984) |
| 52.232-23 | ASSIGNMENT OF CLAIMS (JAN 1986) - ALTERNATE I (APR 1984) |
| 52.232-25 | PROMPT PAYMENT (FEB 2002) |
| 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER--CENTRAL CONTRACTOR REGISTRATION (MAY 1999) |
| 52.233-01 | DISPUTES (JUL 2002) |
| 52.233-03 | PROTEST AFTER AWARD (AUG 1996) - ALTERNATE I (JUN 1985) |
| 52.237-03 | CONTINUITY OF SERVICES (JAN 1991) |
| 52.239-01 | PRIVACY OR SECURITY SAFEGUARDS (AUG 1996) |
| 52.242-01 | NOTICE OF INTENT TO DISALLOW COSTS (APR 1984) |
| 52.242-03 | PENALTIES FOR UNALLOWABLE COSTS (MAY 2001) |
| 52.242-04 | CERTIFICATION OF FINAL INDIRECT COSTS (JAN 1997) |
| 52.242-13 | BANKRUPTCY (JUL 1995) |
| 52.243-02 | CHANGES -- COST-REIMBURSEMENT (AUG 1987) - ALTERNATE V (APR 1984) |
| 52.243-06 | CHANGE ORDER ACCOUNTING (APR 1984) |
| 52.243-07 | NOTIFICATION OF CHANGES (APR 1984)<br>Para (b), Number of calendar days is (insert 30 for RDSS/C) '30 days'<br>Para (d), Number of calendar days is (insert 30 for RDSS/C) '30 days' |
| 52.244-02 | SUBCONTRACTS (AUG 1998) - ALTERNATE I (AUG 1998)<br>Para (e), Contractor shall obtain the Contracting Officer's written consent before placing the following subcontracts: 'TBD'<br>Para (k), the following subcontracts which were evaluated during negotiations: 'Midwest Research Institute (MRI); Southern Research Institute; Dynamics Research Corporation (DRC); Weidlinger Associates, Inc.; BlazeTech Corporation; Advanced Engineering & Sciences (Division of ITT Industries)' |
| 52.244-05 | COMPETITION IN SUBCONTRACTING (DEC 1996) |
| 52.244-06 | SUBCONTRACTS FOR COMMERCIAL ITEMS (MAY 2002) |
| 52.245-05 | GOVERNMENT PROPERTY (COST-REIMBURSEMENT, TIME-AND-MATERIAL, OR LABOR-HOUR CONTRACTS) (DEVIATION) (JAN 1986) |
| 52.246-23 | LIMITATION OF LIABILITY (FEB 1997) |
| 52.247-01 | COMMERCIAL BILL OF LADING NOTATIONS (APR 1984) |
| 52.247-67 | SUBMISSION OF COMMERCIAL TRANSPORTATION BILLS TO THE GENERAL SERVICES ADMINISTRATION FOR AUDIT (JUN 1997) |
| 52.249-06 | TERMINATION (COST-REIMBURSEMENT) (SEP 1996) |
| 52.249-14 | EXCUSABLE DELAYS (APR 1984) |
| 52.253-01 | COMPUTER GENERATED FORMS (JAN 1991) |

**B. DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT CONTRACT CLAUSES**

| DOCUMENT | PGS | DATE | TITLE |
|---|---|---|---|
| EXHIBIT A | 9 | 09 JAN 2003 | CONTRACT DATA REQUIREMENTS LIST (CDRLS A001-A009) |
| ATTACHMENT 1 | 10 | 25 NOV 2002 | STATEMENT OF WORK, "AF NUCLEAR WEAPONS AND COUNTERPROLIFERATION AGENCY (NWCA) SUPPORT" |
| ATTACHMENT 2 | 12 | | CONTRACT SECURITY CLASSIFICATION SPECIFICATION, DD FORM 254 |

# Statement of Work
# Nuclear Weapons and Counterproliferation Support
# AF Nuclear Weapons and Counterproliferation Agency (NWCA)
# 25 November 2002

## 1.0 IDENTIFICATION

Nuclear Weapons and Counterproliferation Agency
AF/XON-NWCA
1551 Wyoming Blvd SE
Kirtland AFB, NM 87117-5617

## 2.0 NWCA MISSION

- Assure the safety, reliability, and operational effectiveness of the Air Force nuclear weapons stockpile.
- Provide advanced weapons and technical assessments to the warfighter to counter the full CBRN spectrum of conflicts and threats.

## 3.0 MISSION AREAS

- Serves as the AF technical advisor to HQ USAF, MAJCOMs, unified commands and OSD on nuclear weapons and counterproliferation matters, providing technical support throughout the product life cycle
- Serves as the AF programmatic and technical interface to DOE on counterproliferation and nuclear matters
- Directs, leads and manages teams of scientists, engineers, program managers, and war fighters from AF & Navy MAJCOMs, DOE, National Labs, and DoD to maintain a safe, reliable, and operational nuclear deterrent for the Nation's defense strategy
- Identifies, evaluates and analyzes counterproliferation related technologies and provides counterproliferation technical support to meet AF requirements
- Oversees AF nuclear stockpile stewardship, including AF requirements, program planning, system development, and stockpile life extension
- Coordinates mission requirements and performs analyses and assessments in the areas of chemical and biological weapon counterforce, passive defense, active defense (intercept operations) and intelligence/surveillance/reconnaissance and battle damage assessment
- Leads the Agent Defeat Weapon Study for counterproliferation concept development

- A HQ USAF/XON Field Operating Agency (FOA) headquartered at the Pentagon with the field location at Kirtland AFB, NM

## 4.0 ACTIVITIES

NWCA has primary technical and programmatic Air Force responsibility for Department of Defense (DoD) and National Nuclear Security Agency-Department of Energy (NNSA-DOE) nuclear weapon and counterproliferation activities. Activities include:

- Nuclear, conventional, and advanced weapon effectiveness analysis, systems design and evaluations, and operational studies for counterforce strikes against chemical, biological, radiological, and nuclear (CBRN) and other asymmetric threats;
- CBRN target and intelligence assessments;
- Nuclear weapon modifications assessments, life extension assessments, system and component analysis, and management from development through retirement;
- Technical and programmatic management, technical interchange participation and documentation including summary reports of Nuclear Weapons Project Officers Groups.

Nuclear weapon and counterproliferation concepts are developed and fielded through the AF, DoD, and DOE acquisition processes to meet user requirements and ensure continued mission readiness, operation, and reliability certification throughout their lifetime. Interaction between the AF, DoD, and DOE agencies occurs through integrated product teams led by NWCA.

## 5.0 SCOPE

Support is required in the below areas and each is described in the subsequent paragraphs. Due the dynamic headquarters policy, program, and force structure planning that drives the requirements, support is required in the areas of:

- Program management
- Technical studies/reporting and system acquisition
- Operational/combat support
- Computation, modeling, and simulation
- Test planning, execution, and analysis
- Intelligence support and targeting assessments
- Administration
- Classified network administration

In order to support this wide variety of nuclear weapons and counterproliferation activities, the contractor shall acquire and maintain a SIPRNET connection to include complying with all associated security requirements.

## 6.0 REQUIREMENTS AND ACTIVITIES

### 6.1 Program Management (CDRL A004)

The contractor shall designate a single program manager. The single program manager shall be responsible for the cost, apportionment of contractor resources, schedule, and performance of this contract. Program Management activities include planning; monthly tracking and reporting of cost, schedules, deliverables; providing recommendations for meeting AF/XON taskings to the AF NWCA; and interfacing with other government contractors to facilitate efficient performance. The contractor shall participate in periodic progress reviews on the overall contract and on designated AF NWCA programs.

### 6.2 Technical Studies/Reporting and System Acquisition Support (CDRL A001, A002, A003)

The contractor shall provide a wide range of technical services to assist the AF NWCA in objectively assessing competing concepts and designs beginning from exploratory studies through risk reduction activities, system development, maintenance, modifications, and life extension. The contractor shall provide scientific and engineering services to include: technical analysis, feasibility studies, data reviews, cost-benefit studies and options downselection, systems engineering and integration studies, independent oversight and advisement, process development, performance specification development, acquisition and program planning, policy assessments, and liaison activities with related organizations and programs pertaining to conceptual, planned, programmed, and currently inventoried weapon systems. Applicable weapon systems include existing and modified nuclear weapons as well as conventional and advanced counterforce weapons for striking CBRN targets. Additionally, the contractor shall support NWCA programs to include: decontamination technologies, directed energy weapons, non-lethal weapons, special operations, and space weapons and warfare.

The contractor shall provide technical support to AF NWCA programs, integrated technical teams, and HQ USAF XON FOA and support shall include: conceptual studies, integration planning, reconfiguration management, life-extension assessments, analyzing and documenting Significant Finding Investigations (SFI) and Unsatisfactory Reports (URs), maintenance and evaluation of the nuclear weapons information database, active and inactive stockpile assessments, safety analysis, mission analysis, and weapon system retirement.

Additional analyses shall include: weapon development, design, upgrade, replacement, alteration, and life extension; system integration; environmental; surety; safety; reliability; risk reduction; facilities operations; and cost/risk/benefit trade-studies.

The contractor shall provide solutions to technical issues associated with weapon requirements and, upon government written approval, shall integrate these solutions into the preparation and refinement of official documents such as updates to the military characteristics (MCs) and the stockpile-to-target sequence (STS).

The contractor shall attend, participate, provide presentations, and track action items at nuclear weapon and counterproliferation integrated technical team, technical interchange, and working group meetings. Contractor preparations for the above activities shall include providing independent assessments, corroborating documentation, and investigation of issues applicable to NWCA efforts. The contractor shall also generate technical analysis, technical summaries, in-depth minutes, trip reports, technical reports, briefings and substantiating data towards support of NWCA activities.

Contractor personnel must be knowledgeable and experienced in using Microsoft Office software including Outlook, Word, PowerPoint, Excel, Project, and Access. Additionally, contractor personnel must be familiar in using scientific/engineering software such as MatLab, MathWorks, and Mathematica.

**6.3 <u>Operational/Combat Support</u> (CDRL A001, A003)**

During times of crisis, NWCA is staffed 24-hours-a-day, 7-days-a-week providing operational/combat support and a reach-back capability. The contractor shall be able to respond immediately upon Government direction. At the discretion of the government, the contractor shall provide either continuous manning to provide sustained continuous operational/combat support or be on call for the duration of the crisis. If on call, the contractor shall be able to report to their primary work location within 45 minutes of notification. This requirement is for crisis operations only and does not imply the government will provide funding for on-call individuals at other times.

Crisis response and other critical support often requires less than a 24-hour turnaround. Efforts will include intelligence and targeting analysis (see section 6.6); computation, modeling and simulation of nuclear, conventional, and advanced weapon systems and collateral effects (see section 6.4); and other analytical or technical support as required. The contractor shall maintain a plan detailing how this surge support will be accomplished, including a reach-back capability. (Reach back is providing technical depth to the warfighter without the burden of forward deployment. Reach back allows the warfighter to request in-depth technical support at any time and receive rapid analysis of mission critical issues.) The contractor shall perform analyses and report results in as little as 8 hours. The contractor shall provide for operational/technical breadth and depth to analyze crisis situations involving nuclear weapons and/or counterproliferation issues and rapidly provide sound recommendations for action. The contractor shall continue to provide support in all other areas during all surge operations.

The contractor shall support operational/combat support exercises to test, evaluate, and improve the reach-back process, response times, and deliverables.

6.4 Computation, Mod<sup></sup>ing, and Simulation (CDRL A001, A002, A003, A005, A006)

The contractor shall provide scientific/engineering computation, modeling, and simulation support in the following areas: (A Code Summary is provided at the end of the SOW which briefly describes all identified codes in this subparagraph.)

**Code Development** – The contractor shall develop, maintain, use, upgrade, and train personnel in using an ensemble of analytical tools to support nuclear and counterforce systems development and acquisition programs in addition to supporting deliberate and crisis action planning for operations and exercises through analysis of nuclear weapons effects, counterforce strikes on CBRN targets, and prediction of collateral effects of chemical and/or biological agent releases.

The contractor shall develop and execute code verification, validation, and accreditation (VV&A) plans, processes, and tests per required DoD instructions. Codes will include SERPENT, CH-ARM, VIPER, and HER. See the Code Summary at the end of this document for a brief description of these and subsequently listed codes.

**Nuclear Weapons Effects** – The contractor shall provide assessments in technical areas including: fireball environment, neutron/gamma/x-ray radiation, air blast coupling (ideal and non-ideal), ground shock, cratering, target response, "belt pumping," scintillation, EMP, satellite vulnerability, nuclear cloud formation, fire, fallout, and radiological material dispersal. Code examples include DUG2D, ELF, EMP, FALLOUT, KNFIRE, MCNP, MORSE, NUCEFFECTS, PDCALC, SGEMP, SPICE, and THERMAL

**Conventional Weapon Effects** – The contractor shall provide assessments in technical areas including: blast, fragmentation, shaped charge jets, incendiaries, cratering, and penetration. Code examples include BLAST-X, DYNA-3D, FATEPEN, IMEA, JAWS, PENCRV3D, and SAMPLL.

**Counter CBRN Weapons** – The contractor shall provide assessments in technical areas including: target/component damage, agent/material release, agent neutralization, agent/material venting, primary/secondary collateral effects, and environmental impacts from residual material. Code examples include CH-ARM, ELM, HER, HPAC, MESO, SEVIEW, PEELS, SERPENT, and VIPER.

**Adversarial Weapons** – The contractor shall provide evaluations and assessments of adversarial/terrorist CBRN weapons, operations, and tactics, and their effects on U.S./allied systems. Code examples include ADAM, HPAC, OASIS, VIPER-HVAC, and VLSTRACK.

**Weapon and Weapon System Interfaces**– The contractor shall provide modeling and simulation of weapon ballistics, guidance, function (e.g., arming, fuzing, firing, component actuation), weapon interfaces, and platform interface for purposes of predicting weapon component/system accuracy, reliability, and survivability under various conditions, including environmental variations, g-force loading, countermeasures, and aging effects. The contractor shall provide simulations for conceptual/new weapons, modifications to existing weapons, or enhancements by coupling capabilities not normally associated with current inventory weapons including conventional, nuclear, and advanced systems.

**Target Modeling** – To include quantifying/analyzing functions and materials; structural design and response; counterforce measures; internal component and equipment layouts and processes; and climate control systems. Code examples include ABAQUS, BRL-CAD, FLUENT, K-DYNA-3D, MEVA.

**Military Operations Research and Warfare Modeling** – To include: military/cost-effectiveness analysis and statistical assessments of weapon effectiveness; military campaign results; systems interoperability/optimization; and measures of effectiveness/performance.

**6.5 <u>Test Planning, Execution, and Analysis</u> (CDRL A001, A002, A003, A007, A008)**

The contractor shall provide test plans, facilities, equipment, instrumentation, data collection equipment, and data analysis software (unless otherwise noted) to support the types of tests below and VV&A testing as described in paragraph 6.4 above. Development of specialized instrumentation and test equipment may be required. Upon request of the Government, the contractor shall generate technical summary reports of test objectives and present test and analysis results in engineering and scientific briefings and/or reports. Test support will require interaction with test support personnel from DoD, NNSA-DOE, the National Laboratories, and possibly, NATO allied countries.

**Agent Release Testing** – Consists of fragmentation/projectile impacts on CBRNE-filled components, subsequent component response, and CBRN agent/material release.

**Subscale Target Response Testing** – Consists of full- and sub-scale testing of conventional and advanced weapon systems against simulated CBRN target facilities (instrumentation, data collection, and data analysis only).

**Agent Neutralization Testing** – Consists of CB agent simulant neutralization testing from various mechanisms including heat, chemicals, radiation, and synergistic effects from the combination of multiple mechanisms.

**Material Properties Testing** – Consists of measuring, determining, and/or modeling specific physical properties of CBRN agent/material simulants in support of the above types of testing. Measurements will include variations in physical properties in relation to other parameters such as temperature, humidity, contaminants/mixtures and may include environmental sampling and testing of geologies, structural materials, and dispersed weapons materials.

**Weapon System Tests** – The contractor shall provide engineering and scientific services in support of nuclear and non-nuclear weapons ground and flight test design, planning, execution, and data analysis. The contractor shall provide evaluation of on-going flight and laboratory testing efforts. The contractor shall support independent analysis efforts to determine adequacy of current testing programs dedicated to assess functionality and reliability of warheads and bombs, weapon system interfaces, and delivery platform interfaces. Examples include:

- Service Star at the ICBM SPO,

- Joint Integrated L[illegible]oratory testing at the ICBM SPO,
- testing at the DOE Weapon Evaluation Test Laboratory,
- DoD/DOE systems reliability assessment testing,
- surety testing – testing programs dedicated to warhead/bomb safety and security assessments, weapon system interface safety and security assessments, and delivery platform interface safety and security assessments,
- aging and surveillance, and
- system integration testing.

**6.6 <u>Intelligence Support and Target Assessment</u> (CDRL A001, A002, A003)**

The contractor shall provide intelligence support to include coordination with the Intelligence Community (IC) in:

- identifying targets/threats, analyzing and evaluating targets, and developing target descriptions/models,
- assessing counterforce C4ISR/BDA (command, control, communications, computers, intelligence, surveillance, and reconnaissance/battle damage assessment) requirements including quantification of threat signatures and identification of both current and future sensors to meet needs,
- tracking adversarial systems, and
- updating and maintaining a target database.

These intelligence efforts shall support counterforce weapon evaluations and studies, system acquisition efforts, planning exercises and operations, and threat assessments.

**6.7 <u>Administrative Support</u> (CDRL A002, A004)**

The contractor shall also provide administrative support to include: database(s) creation and maintenance; document generation; security clearance generation, availability, and tracking; security procedures. If on-site support is required, additional tasks include file maintenance; tracking of classified documents; classified mailings and receipts; computer hardware and software inventories.

**6.8 <u>Classified Network Administration</u> (CDRL A002, A004)**

The contractor shall provide on-site network administration and support of two classified networks: one at the Top Secret/SCI level and the other at the Secret level. The contractor shall monitor network performance and assure systems are operating within established parameters. During crisis operations, the contractor shall report within one hour to address any classified network anomalies. The contractor shall attend all relevant network-related meetings at Kirtland AFB, and act as the Government's point of contact for issues pertaining to performance, maintenance, and

administration of the local network. The contractor shall continually evaluate, assess, define and recommend hardware and software requirements to support the overall NWCA mission. The contractor shall monitor, upgrade, and maintain the AF NWCA unclassified and classified websites. The contractor shall develop/maintain classified databases such as the web-based Nuclear Weapons Information Database (NUCWin), to include input of periodic updates of significant issues and weapons system summaries. In addition to the Microsoft Office software listed in section 6.2, the administrator must be familiar with the website design software DreamWorks and Microsoft Windows NT based network software.

## 7.0 Information Technology Security

The contractor shall comply with the following requirements:

1. The contractor is prohibited from attaching any computer hardware to the government network, or running any computer software unless it 1) is government furnished equipment, or 2) has been certified and accredited according to current Operating Instructions. Any such requests for reconfiguration, upgrade, or addition of computer hardware or software must be approved by the NWCA Information Officer (IO) via the contractor's submission of a written request to the Program Manager. Contractor use of computer modems on any machine attached to the government network is prohibited unless prior written approval is obtained from the NWCA IO. Use of commercial Internet service providers is prohibited unless prior written approval is given by the NWCA IO.

2. Contractor personnel using any government information technology assets shall comply with all government computer security requirements. In addition, should contractor personnel require access to government computer networks or databases, they shall inform the Program Manager or Alternate Program Manager, who will arrange for the contractor personnel to complete the required documentation for a new computer account. The contractor shall notify the Program Manager or Alternate Program Manager within one workday of any contractor personnel who no longer require an open account and shall take action to close the computer account with the appropriate government office within that same workday.

3. All contractor personnel who will be using Command, Control, Communications and Computer Systems (C4) systems belonging to the federal government to generate, process, store, transfer, or communicate information shall attend mandatory C4 systems security training. The format for the training may be either the Air Force C4 Systems Security Awareness Training program format or an in-house contractor program, subject to agreement by the Program Manager. The training must be completed within the first 30 calendar days of the start of the contract. The contractor shall inform the Program Manager when the training has been completed. The notice shall include the contract number and any applicable task order number, names of contractor personnel who attended and dates of training.

4. The contractor shall immediately notify the Program Manager of any government C4 system problems or issues which come to their attention which may impact the contractor's or the government's ability to access the systems.

5. All contractor personnel who require access to NWCA C4 systems are required to obtain a National Agency Check (NAC) consistent with Public Trust Positions (Standards Form 85P or most current form). The contractor may submit a request to the Program Manager that the government grant contractor employee(s) interim access to the NWCA C4 network while awaiting the results of a NAC. Interim access to the NWCA C4 network will only be granted after the contractor employees obtain at least a local background files check, and have submitted the appropriate documentation to obtain a NAC. These requests will be processed in accordance with government information security regulations and policy, and must include NWCA IO approval. These requests may be subject to disapproval. At the government's discretion, the contracting officer, Program Manager, or NWCA IO may rescind any interim accesses that may be granted at any time. Any individual who subsequently does not pass the requirements for a full NAC shall not be authorized to work under this effort.

# EXHIBIT 2

# DEFENSE THREAT REDUCTION AGENCY (DTRA)
# DEFENSE THREAT REDUCTION INFORMATION ANALYSIS CENTER (DTRIAC)
# WORK PLAN

**Task Number:** TAT 63 **Date:** 14 Oct 2004

**Task Title:** AFNWCA CBRNE and Nuclear Weapons Support

**IAC Point of Contact:** (b)(6)

**Phone:** (b)(2)

**Fax:** (b)(2)

**Email:** (b)(6)

**Requesting Agent and Address:**

**Directorate:** Advanced Technology

**Office Symbol:** AFNWCA

**Address, Zip:** AFNWCA
1551 Wyoming Blvd SE
Kirtland AFB, NM 87117-5617

**Technical Point-of-Contact:**

**POC:** (b)(6)

**Phone:** (b)(2)

**Email:** (b)(6)

**Fax:** (b)(2)

**Government Statement of Work (SOW):**

**Background:** The Air Force Nuclear Weapons and Counterproliferation Agency (AFNWCA) Kirtland AFB, NM, has primary technical and programmatic Air Force responsibility for Department of Defense (DoD) and National Nuclear Security Agency-Department of Energy (NNSA-DOE) coordination of counterproliferation and nuclear weapon activities. Activities include counterforce concept evaluation and development for strikes against chemical, biological, radiological, nuclear and high yield explosive (CBRNE) targets, weapon effectiveness analysis, CBRNE target assessments and intelligence activities, nuclear weapon modification, nuclear weapon life extension studies, technical interchange participation, and corroborating documentation.

Counterproliferation and nuclear weapon solution concepts are developed and fielded through the USAF/DoD, and DOE joint acquisition process to meet user requirements and ensure continued mission readiness, operation, and reliability certification throughout their lifetime. Interaction between the USAF, DoD, and DOE agencies occurs through counterproliferation and nuclear weapon integrated technical teams lead by the AFNWCA.

**Objective:** The contractor shall provide scientific, engineering, simulation, computational, intelligence services, model building, testing and test planning services, program management, technical and advisory support to the AFNWCA technical staff, and technical analyses with documentation throughout all phases of the AFNWCA counterproliferation and nuclear weapon development, acquisition, and life extension activities. These services and support functions may be required on-site at AFNWCA, or off-site at the contractor facilities. In order to accomplish this wide variety of counterproliferation and nuclear weapons

support, the contractor shall maintain a classified and closed work area with classified computers and the required equipment for a SIPRNET connection.

Specific Tasks:

Task 1 – *CBRNE Support*. The contractor shall supply CBRNE reach-back scientific and engineering code development, technical analyses, and advisory services in support of AFNWCA counterforce for counterproliferation programs. This CBRNE support shall include quick response analyses using contractor-supplied and maintained codes, government-supplied codes, and other contractor-supplied scientific and technical expertise. The contractor shall provide this support to AFNWCA, higher headquarters, and the warfighter as directed by AFNWCA. This reach-back support shall include, but not be limited to, scientific and engineering code development and maintenance, weapon and concept effectiveness assessment, analytical process development, system integration, target and intelligence requirements, battle damage assessment, code validation, verification and accreditation. Support may also include quick reaction technical studies, as well as ground and flight test planning, execution and data analysis. The contractor shall document its work and, upon request, assist the government in preparation of official documents. The contractor shall provide appropriate program management for required AFNWCA counterforce for counterproliferation efforts. The contractor shall attend and participate as requested in associated integrated technical and product teams, working group meetings, and technical interchange efforts.

Task 2 - *Nuclear Weapons Support*. The contractor shall supply reach-back scientific and engineering code development, technical analyses, and advisory services in support of all AFNWCA managed nuclear weapon programs. This support shall include quick response analyses using contractor-supplied and maintained codes, government-supplied codes, and other contractor-supplied scientific and technical expertise. The contractor shall provide this support to AFNWCA, higher headquarters, and the warfighter as directed by AFNWCA. This support shall include, but not be limited to, analyzing data; modeling; developing codes; developing requirements; producing technical assessments and recommendations concerning joint nuclear weapon development and life extension programs; predicting and assessing reliability, environments and safety; and developing benefit, cost and risk analyses. The contractor shall document its work and, upon request, assist the government in preparation of official documents. The contractor shall provide appropriate program management for required AFNWCA nuclear weapon efforts. The contractor shall attend and participate as requested in nuclear weapon integrated technical teams, working group meetings, and technical interchange efforts.

**Deliverables/Reporting Requirements (including Milestones):**

DTRIAC will provide a monthly status report on TAT progress.

**Government Furnished Equipment/Facilities/Data:**

1. Computers supplied by government, with windows operating systems. Control and maintenance performed by the contractor.
2. Software versions for use in analysis, development or testing activities.
3. Required equipment to maintain a SIPRNET connection at the contractor Colorado Springs facility.

**Contractor Furnished Equipment:**

PLMVis/Parasolid yearly maintenance fees.

**Security Requirements:**

At a minimum, DTRIAC personnel tasked to carry out the above tasks will need to have SECRET clearances. Some personnel will be required to have TOP SECRET clearances with SCI access.

**Prior Work Reference:**

Work in this task area has been ongoing at DTRIAC for the past year, under DSWA01-97-C-0193, as well as DTRA-01-03-D-0022, Technical Area Task 063.

Contract SOW Paragraph References: SOO dated 4/03 paragraph 3.3 (Technical Area Task Activities); H001 (Indefinite Quantity); H009 (Awarding Orders Under ID/IQ Contracts).

**Estimated Cost:**

| | |
|---|---|
| FY04 increment | $ 287,000 |
| FY05 increment | $1,000,000 |
| FY06 – increment | $1,000,000 |
| FY07 – increment | $1,000,000 |
| FY08 – increment | $1,000,000 |
| Total | $4,287,000 |

**Start Date:** 14 Oct 2004 **Completion Date:** 30 September 2008

**APPROVAL SIGNATURES FOR PROPOSED EFFORT:**

**Requesting Agent** (b)(6) **Date** 10-22-04

**DTRIAC COTR** (b)(6) **Date** 10/26/04

**Program Manager** (b)(6) **Date** 10/26/04

# EXHIBIT 3

Federal Opportunities
Opportunity Report

Quick Search »

Opp ID # Go

Request Support | Email to Colleague | Print Version | My Notes | Company Notes | Format for Web Archive

# TECHNICAL AND ENGINEERING SERVICES TO SUPPORT AIR FORCE NUCLEAR WEAPONS AND COUNTERPROLIFERATION AGENCY

Opportunity ID : 15595 **Mark as:** ☐ ☑ ☑ ☑ ☑ ☑ ⊗ **Medium Priority**

## Opportunity Summary

| | |
|---|---|
| **Department:** | AIR FORCE |
| **Status:** | Deleted/Canceled |
| **Solicitation Release Date:** | |
| **Award Date:** | |
| **Solicitation #:** | |
| **Value($K):** | 15,000 (INPUT Estimate) |
| **Competition Type:** | Small Bus Set-Aside |
| **Primary Offering:** | Engineering / Scientific |
| **Duration:** | 2 year(s) base plus 3 x 1 year(s) option(s) |
| **Contract Type:** | Cost Plus Fixed Fee |
| **Primary NAICS Code:** | 541710: RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEERING, AND LIFE SCIENCES |
| **Place of Performance:** | Albuquerque, NM (Primary) |
| **Opportunity Website:** | Click to Visit Website |
| **Updated :** | 01/24/2008 |

## Procurement Timeline

Award Date
Solicitation Release
DELETED/CANCELED

## Opportunity Resources

## Related Opportunities

| Program | Status | Value | Solicitation Release Date |
|---|---|---|---|
| TECHNICAL AND ENGINEERING SERVICES TO SUPPORT AIR FORCE NUCLEAR WEAPONS AND COUNTERPROLIFERATION AGENCY | Awarded | $14,928 | 01/21/2003 |

## Related Details

### Key Contacts

William Foster 505-846-5935

Contracting Officer

AIR FORCE MATERIEL COMMAND

More »

### Latest News

01/24/2008 - The Contracting Office stated that this requirement, "Nuclear Weapons", will not be re-competed as it is being fulfilled through an ongoing, current contract out of another Contracting Office.

More »

### Contracts

| Contract | Est. Value ($K): |
|---|---|
| RHINOCORPS | 14,900 |

Contract#: F2960103C0230

Awarded: 05/30/2003

Expiration: 05/29/2008

More »

SUMMARY:

The Air Force Nuclear Weapons and Counterproliferation Agency may have a continuing requirement to augment their technical and engineering expertise.

BACKGROUND:

NWCA has primary technical and programmatic Air Force responsibility for Department of Defense (DoD) and National Nuclear Security Agency-Department of Energy (NNSA-DOE) nuclear weapon and counterproliferation activities.

Activities include:

- Weapon effectiveness analysis, systems design and evaluations, and operational studies for counterforce strikes against chemical, biological, radiological, nuclear, and high-yield explosives (CBRNE) and other asymmetric threats
- CBRNE target and intelligence assessments
- Nuclear weapon modifications assessments, life extension assessments, system and component analysis, and management from operational deployment through retirement
- Technical and programmatic oversight, technical interchange participation and documentation including summary reports of Nuclear Weapons Project Officers Groups (POGs)

**Secondary Offerings**

Find Teaming Partners

AEC Services
ENGINEERING
Engineering / Scientific
Management, Scientific, and Technical Consulting Services
Miscellaneous Engineering
Network Management
Nuclear Engineering
Outsourcing
Planning & Analysis
Professional Services
Program/Project Management
Quality Assurance / Testing / IV&V

Nuclear weapon and counterproliferation solution concepts are developed and fielded through the USAF, DoD, and DOE acquisition processes to meet user requirements and ensure continued mission readiness, operation, and reliability certification throughout their lifetime. Interaction between the USAF, DoD, and DOE agencies occurs through integrated product teams led by AF NWCA.

REQUIREMENTS:

To support this objective, NWCA is interested in augmenting their technical and engineering expertise in the following major areas:

- Program management
- Engineering
- Scientific
- Computational
- Analysis
- Testing
- Technical
- Reporting/documentation
- Targeting/intelligence
- Office administration
- Network administration

**Primary Objective**

A primary objective of the overall effort is the integration of all these areas to support NWCA programs such as:

- Nuclear stockpile sustainment and life extension
- Agent defeat weapons concept development
- Targeting and collateral effects tools development and application

**Additional Requirements:**

- Demonstration of ability to provide 24-hours-a-day, 7-days-a-week operational/combat support; computation, modeling, and simulation; and intelligence support during times of crisis and at direction of the government
- Demonstration of knowledge of nuclear, conventional, and advanced weapon designs and effects
- Experience with code development and validation

FUNDING/CONTRACT VALUE:

The current RhinoCorps contract has a maximum value of $15 million. INPUT anticipates the recompete to be similar in value.

## Reported Spending

The following tables summarize the obligations that have been reported by the contract office(s) to the Federal Procurement Data System. Actions have been reported through **FY2006**. For more information about the Federal Procurement Data Center, click here. Note: The "contract number" on BPAs is the GSA schedule contract number. If any of the contracts below is a BPA, reported spending will include spending on the entire GSA schedule contract.

### Reported Spending by Year (in 000s)

| Fiscal Year | Reported Spending ($K) |
|---|---|
| 2003 | 282 |
| 2004 | 886 |
| 2005 | 372 |
| 2006 | 2,253 |




### Reported Spending by Contractor Through FY2006 ($k)

| Contractor | Contract # | Actions Reported | Spending Reported ($k) |
|---|---|---|---|
| RHINOCORPS | F2960103C0230 | 20 | 3,793 |
| **Total Reported Spending** | | | $ 3,793 |

### Reported Spending by Agency* Through FY2006 ($k)

| Department/Agency | Actions Reported | Spending Reported ($k) |
|---|---|---|
| AIR FORCE | 20 | 3,793 |
| **Total Reported Spending** | 20 | $ 3,793 |

*Contracting offices of these agencies reported spending to FPDS under these contract numbers.

**Because of rounding, the percentages and values may not add up to 100%.

## Latest News

01/24/2008 - The Contracting Office stated that this requirement, "Nuclear Weapons", will not be re-competed as it is being fulfilled through an ongoing, current contract out of another Contracting Office.

03/23/2007 - As of 4QFY06, reported obligations for the existing Rhinocorps contract totals $3.7 million according to INPUT's Federal Contracts database.

08/28/2006 - INPUT continues to track the current contract with Rhinocorps anticipating it will be recompeted in 2QFY08.

02/16/2006 - The Contracting Office confirmed the current contract with Rhinocorps is scheduled to expire in May 2008. INPUT will continue to track this contract anticipating it will be recompeted in 2QFY08.

09/30/2005 - The current contract with RHINOCORPS is due to expire in May 2008 if all option years are exercised.

05/20/2005 - The Contracting Office has not released any additional information regarding this requirement. The current contract with RHINOCORPS is due to expire in May 2008 if all option years are exercised.

10/19/2004 - According to INPUT's Federal IT Contracts database, reported spending on the current RhinoCorps contract exceeded $280,000 by 4QFY03.

## Additional Opportunity Resources

| Document Title | Publication Date | Document Source | Document Size | FileType |
|---|---|---|---|---|
| RFP, 1/21/03 | 01/30/2003 | Other | 7300 kb | |

## Related Opportunities

| Program | Status | Value | Solicitation Release Date |
|---|---|---|---|
| TECHNICAL AND ENGINEERING SERVICES TO SUPPORT AIR FORCE NUCLEAR WEAPONS AND COUNTERPROLIFERATION AGENCY | Awarded | $14,928 | 01/21/2003 |

## Online Resources

Additional information on the incumbent contract duties and developments is available at http://www.rhinocorps.com/counter_prolif.htm

## General Program Information

**Small Business Size Standard:** 1,000 employees

**Place of Performance:**

- Kitland AFB, Albuquerque, NM
- Contractor's Facility

**Security:**

A majority of resources must be employed within a Top Secret environment.

## Interested Vendors

| | Vendor | Contact | Position | Socioeconomic Status | Website |
|---|---|---|---|---|---|
| | ASRC Federal (Artic Slope Regional Corporation) | Duane Summers<br>(505) 858-2227<br>dlsummers@asrcc.com | Any | | |
| Edit | Macaulay-Brown Inc | Fred Green<br>505-237-0815<br>fred.green@macb.com | Priming | Woman/Women Owned | www.macb.com... |

## Potential Participants:

**Key:**

Teaming FPDS

Bechtel Group Inc, Booz Allen Hamilton Inc, EDS, EMC Corporation, Lucent Technologies, Motorola Inc, Northrop Grumman Corporation, RhinoCorps, Rockwell Collins Inc

**Below are the companies that hold a current contract for this opportunity:**

| Links | Potential Participants |
|---|---|
| | RHINOCORPS |

qryFindClickType

# EXHIBIT 4

HEATHER WILSON
1st District, New Mexico

ENERGY AND COMMERCE
SUBCOMMITTEES:
Telecommunications and the Internet
Health
Environment and Hazardous Materials

PERMANENT SELECT COMMITTEE ON INTELLIGENCE
SUBCOMMITTEES:
Technical and Tactical Intelligence
Ranking Member
Oversight

# Congress of the United States
## House of Representatives
Washington, DC 20515–3101

442 Cannon House Office Building
Washington, DC 20515-3101
(202) 225-6316
Fax: (202) 225-4975

20 First Plaza, NW
Suite 603
Albuquerque, NM 87102
(505) 346-6781
Fax: (505) 346-6723

http://wilson.house.gov

March 19, 2008

Secretary Michael Wynne
Secretary
Air Force
1670 Air Force Pentagon
Washington, D.C. 20330

TIME SENSITIVE

Dear Secretary Wynne,

I have been contacted by Mr. Anthony Contri, President of RhinoCorps Ltd. Co. regarding a contracting issue with the Nuclear Weapons and Counterproliferation Agency (NWCA) located at Kirtland Air Force Base. I am bringing this to your attention due, in part, to our conversation in December 2007 regarding the Air Force shifting procurement processes to a regional system.

Attached is a summary of the information that has been provided to me by Mr. Contri. I am concerned that a successful small business contract that was meeting the needs of the NWCA appears to be arbitrarily shifted to another contract. Additionally, I am concerned about the lack of communication with representatives of RhinoCorps regarding the RFP process. I would like to know the reason why this contract was shifted and, in particular, was it moved to a large business contract as a matter of convenience related to a failure to issue a timely RFP? It is my understanding that the current contract with RhinoCorps could be extended for a six month to one year timeframe to enable NWCA to issue a RFP. Has this option been considered?

Secretary Wynne, I know you understand the importance of small business in meeting the needs of the Air Force. In this case, there appeared to be a high level of customer satisfaction as the NWCA nominated RhinoCorps for Small Business of the Year in 2006. Thank you for your attention to this very important matter. I look forward to your reply.

Sincerely,

Heather Wilson

Heather Wilson
Member of Congress

HW: jd2

PRINTED ON RECYCLED PAPER

CC: Mr. Ronald Poussard, Director, Office of Small Business Programs
Office of the Secretary of the Air Force
901 N. Stuart St. #702
Arlington, VA 22203

Mr. Steve Preston, Administrator
U.S. Small Business Administration
409 Third Street SW
Washington, DC 20416

# EXHIBIT 5

DEPARTMENT OF THE AIR FORCE
WASHINGTON DC 20330-1000

APR 1 7 2008

SAF/LL
1160 Air Force Pentagon
Washington, DC 20330-1160

The Honorable Heather Wilson
United States House of Representatives
Washington, DC 20515-3101

Dear Congresswoman Wilson

This is in response to your letter of March 19, 2008, to the Secretary of the Air Force on behalf of Mr. Anthony Contri, President of RhinoCorps Ltd Co. (RhinoCorps), regarding competition concerns for a current small business requirement in support of the Air Force Nuclear Weapons Counter-proliferation Agency (AFNWCA) located at Kirtland Air Force Base (AFB), New Mexico.

As a result of a total small business set-aside competition, RhinoCorps was awarded a contract in May 2003 to provide two categories of support services: 1) administration and programmatic support, and 2) scientific and technical analyses. This contract ends in May 2008 and was one of several contracts that the using activity, Air Force Nuclear Weapons and Counterproliferation Agency (AFNWCA), used to acquire administration, programmatic and technical services. A follow-on Request for Proposal (RFP) for the services RhinoCorps is currently providing under contract F29601-03-0203 will not be issued based on the circumstances described below.

Due to a series of reorganizations within the Air Force and the recent standup of the Air Force Nuclear Weapons Center (AFNWC) at Kirtland AFB, the AFNWCA became the 709th Armament Systems Squadron (ARSS). These reorganizations eliminated redundant activities and provided an opportunity for sharing of existing government resources. As a result, the administration and programmatic services that RhinoCorps currently provides are no longer needed. This support will be provided by government personnel and existing AFNWC contracts. In addition, the 709th ARSS requirements changed so that its scientific and technical requirements now require highly skilled, technical expertise across a broad spectrum only on an as needed basis. The government plans to conduct market research for these new requirements by issuing a Sources Sought Synopsis to identify potential sources capable of meeting the 709th ARSS new scientific and technical requirements. RhinoCorps is encouraged to respond to the Sources Sought Synopsis if the company determines that it has the ability to meet the new requirements. The Sources Sought Synopsis will be issued no later than April 30, 2008.

We appreciate your interest in this matter and trust the information provided is useful. A similar letter is being provided to Representative Pearce who also inquired in behalf of Mr. Contri on this subject.

Very respectfully

HERBERT J. CARLISLE
Major General, USAF
Director, Legislative Liaison

# EXHIBIT 6

HEATHER WILSON
1ST DISTRICT, NEW MEXICO

ENERGY AND COMMERCE
SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH
ENVIRONMENT AND HAZARDOUS MATERIALS

PERMANENT SELECT COMMITTEE ON INTELLIGENCE
SUBCOMMITTEES:
TECHNICAL AND TACTICAL INTELLIGENCE RANKING MEMBER
OVERSIGHT

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515–3101**

442 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–3101
(202) 225-6316
FAX: (202) 225-4975

20 FIRST PLAZA, NW
SUITE 603
ALBUQUERQUE, NM 87102
(505) 346-6781
FAX: (505) 346-6723

http://wilson.house.gov

April 22, 2008

Secretary Michael Wynne
United States Air Force
1670 Air Force Pentagon
Washington, D.C. 20330

Dear Secretary Wynne,

Thank you for your response received April 17, 2008 from the Legislative Liaison's office concerning RhinoCorps, Ltd. Co. contracting issue with the Air Force Nuclear Weapons Counter-proliferation Agency (AFNWCA) located at Kirtland Air Force Base. I am concerned, however, that the aforementioned letter, enclosed, did not address the issues of my inquiry and, in fact, raised some additional questions.

First, the letter did not address that RhinoCorps representatives were assured, on numerous occasions since October 2007, a Request for Proposal (RFP) was going to be issued by the AFNWCA. Yet your letter states that a RFP will not be issued and the contract will possibly shift to another company who seeks to provide these services. As was reported to me, by RhinoCorps representatives, their company's employees were asked to "explain or train other contractor employees." If the other contractor is taking over "redundant activities", why would RhnioCorps employees be asked for assistance. Furthermore, the letter did not address the possibility of extending the contract six months to AFNWCA to issue a RFP. Again, has this option been considered?

Second, the letter states that RhinoCorps' services are no longer needed due to redundant activities; I would like to know what redundant activities have been eliminated? And if the aforementioned activities are redundant then why are existing AFNMCA contacts being considered to provide that support rather than the small business who has successfully met the needs of the AF customer? Additionally, how does the reference to redundant activities a line with AFNWC issuing a Sources Sought Synopsis?

Third, I am concerned that this contract shifting will set a precedent that will harm small business. It seems to me that this shift may not be in compliance with Federal Acquisition Regulations (FAR) which explicitly state, "Small business concerns shall be afforded an equitable opportunity to compete for all contracts that they can perform." I believe that RhinoCorps, as a small business, is not being afforded this equitable opportunity.

Secretary Wynne, again I know you understand the importance of small businesses in meeting the needs of the Air Force and this nation in maintaining out technology advantage. I look forward to your timely and complete reply.

Sincerely,

Heather Wilson
Member of Congress

HW: tms

CC: Tony Adam
Congressional Coordinator
Department of the Army
Office of the Chief Legislative Liaison
1600 Army Pentagon
Washington, DC 20310

# EXHIBIT 7

U.S. AIR FORCE

# Counterproliferation and Nuclear Weapon: Provide scientific, engineering, simulation, computational, computer model development, test support, test planning, and technical analyses for 709 Armament Systems Squadron

**Solicitation Number: 709ARSS**
Agency: Department of the Air Force
Office: Air Force Materiel Command
Location: AFRL, Space Vehicles Directorate, Kirtland AFB



**Original Synopsis**
May 06, 2008

Back | Add To Watchlist | Add Me To Interested Vendors

**Solicitation Number:**
709ARSS

**Notice Type:**
Sources Sought

GENERAL INFORMATION

**Notice Type:**
Sources Sought

**Posted Date:**
May 6, 2008

**Response Date:**
Jun 04, 2008 12:00 pm Mountain

**Archiving Policy:**
Automatic, 15 days after response date

**Archive Date:**
-

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
A -- Research & Development

**NAICS Code:**
541 -- Professional, Scientific, and Technical Services/541712 -- Research

and Development in the Physical, Engineering, and Life Sciences (except Biotechnology)

**Synopsis:**
Added: May 06, 2008 4:54 pm
This is a SOURCES SOUGHT SYNOPSIS announcement. No proposals are be requested or accepted with this synopsis. THIS IS NOT A SOLICITATION FOR PROPOSALS AND NO CONTRACT SHALL BE AWARDED FROM THIS SYNOPSIS.

Description: The 709 Armament Systems Squadron (709 ARSS), formerly the Ai Force Nuclear Weapons and Counterproliferation Agency (AFNWCA), Kirtland AFB, NM is seeking small business Statements of Capability (SOC) for its techn support requirement.

Background: The 709 ARSS has primary technical and programmatic Air Force responsibility for Department of Defense (DoD) and National Nuclear Security Administration-Department of Energy (NNSA-DOE) coordination of counterproliferation and nuclear weapon activities. Activities include, counterforc concept evaluation and development for strikes against chemical, biological, radiological, nuclear and high yield explosive (CBRNE) targets, weapon effectiveness analyses, CBRNE target assessments and intelligence activities, nuclear weapon modification, nuclear weapon life extension studies, technical interchange participation, and corroborating documentation. The 709 ARSS is currently organized into two flights: Combating WMD (CXD) and Stockpile Syste (SSD). Combating WMD or Counter-CBRNE operations are sometimes referred as "C-CBRNE".

Counterproliferation and nuclear weapon solution concepts are developed and fielded through the USAF/DoD and DOE joint acquisition process (ref. DOD Instruction 5030.55, January 2001) to meet user requirements and ensure continued mission readiness, operation, and reliability certification throughout th lifetime. Interaction between the USAF, DoD, and DOE agencies occurs through counterproliferation and nuclear weapon integrated technical teams led by the 7( ARSS.

Objective: The offeror shall provide scientific, engineering, simulation, computational, computer model development, test support and test planning services. The offeror shall also provide technical analyses with documentation throughout all phases of the 709 ARSS counterproliferation and nuclear weapon development, acquisition, and life extension activities. These services and suppc functions shall be performed at 709 ARSS facilities, the offeror's facilities, or oth locations as needed for specific mission areas. In order to accomplish this wide variety of counterproliferation and nuclear weapons support, the offeror shall maintain a Top Secret classified and closed work area with classified computers and the required equipment for a SIPRNet connection at the offeror's facilities.

The required support has been broken up into 5 broad mission areas listed belo These activities are not separate or distinct, as collaboration, integration, and communication between each mission area is essential in meeting the overall mission of the 709 ARSS.

**Contracting Office Address:**
2251 Maxwell Ave
Kirtland AFB, New Mexico 87117

**Place of Performance:**
Multiple locations

United States

**Primary Point of Contact.:**
Shirley D Lindom,
Contracting Officer
shirley.lindom@kirtland.af.mil
Phone: 505-846-5935
Fax: 505-846-5576

Back | Add To Watchlist | Add Me To Interested Vendors

Help Desk Accessibility

Home | General Info | News | Opportunities | Agencies | Privacy

Buyers: Login | Register Vendors: Login | Register Accessibility

U.S. AIR FORCE

**Counterproliferation and Nuclear Weapon: Provide scientific, engineering, simulation, computational, computer model development, test support, test planning, and technical analyses for 709 Armament Systems Squadron**

**Solicitation Number: 709ARSS**
Agency: Department of the Air Force
Office: Air Force Materiel Command
Location: AFRL, Space Vehicles Directorate, Kirtland AFB

Notice Details | **Packages** | Interested Vendors List | Link

Keywords: More Search Fields Go

No items found

Help Desk Accessibility

Home | General Info | News | Opportunities | Agencies | Privacy

Buyers: Login | Register Vendors: Login | Register Accessibility

U.S. AIR FORCE

## Counterproliferation and Nuclear Weapon: Provide scientific, engineering, simulation, computational, computer model development, test support, test planning, and technical analyses for 709 Armament Systems Squadron

Solicitation Number: 709ARSS
Agency: Department of the Air Force
Office: Air Force Materiel Command
Location: AFRL, Space Vehicles Directorate, Kirtland AFB

Notice Details | Packages | **Interested Vendors List**

Keywords: [ ] Go

Items 1-3 of 3

| Last Name | First Name | Contractor | Business Types | NAICS Codes |
|---|---|---|---|---|
| Galaviz | Pete | **TEXAS MGT ASSOCIATES INC**<br>7001 FAIRGROUNDS PKWY<br>SAN ANTONIO TX 782384541 USA<br>Email: pgalaviz@t-m-a.com<br>Phone: 2106738422 | Contracts, SBA Certified Small Disadvantaged Business, Minority-Owned business, For-Profit Organization, DoT Certified Disadvantaged Business Enterprise, Manufacturer of Goods, Hispanic American Owned | 491110, 518210, 561110, 492210, 334412, 541330, 541340, 811213, 811219, 334418, 512191, 561499, 336411, 541430, 336413, 541512, 334515, 541614, 541921, 541990 |
| Logan | Will | **LOGAN RESEARCH**<br>418 FIRST ST<br>DAVIS CA 956164669 USA<br>Email: loganwill@msn.com<br>Phone: 5304008086 | Contracts and Grants, SBA Certified Hub Zone Firm, For-Profit Organization, Service Provider, Research and Development, Architecture and Engineering (A&E) | 561110, 611430, 922190, 541330, 541511, 541512, 541513, 541611, 541612, 541613, 541614, 541618, 541690, 541711, 541712 |
| | | **BERING STRAITS AEROSPACE SERVICES, LLC,** | Contracts, SBA Certified Small Disadvantaged Business, SBA Certified 8(a) Program Participant, Alaskan Native Corporation Owned | 481111, 493110, 561110, 481112, 488119, 561210, |

| | | | | |
|---|---|---|---|---|
| Peterson | Catherine | 4600 DEBARR RD STE 200<br>ANCHORAGE AK 995083126 USA<br>Email: proposals@inuitservices.com<br>Phone: 9073507626 | Firm, Minority-Owned business, Self-Certified Small Disadvantaged Business, For-Profit Organization, Service Provider, Limited Liability Company, Native American Owned | 481211, 488190, 481212, 541330, 333319, 336411, 336412, 336413, 541511, 541519, 561720, 541712 |

Items 1-3 of 3

Add Me To Interested Vendors

Help Desk Accessibility

**Counterproliferation and Nuclear Weapon: Provide scientific, engineering, simulation, computational, computer model development, test support, test planning, and technical analyses for 709 Armament Systems Squadron**
Solicitation Number: 709ARSS
Agency: Department of the Air Force
Office: Air Force Materiel Command
Location: AFRL, Space Vehicles Directorate, Kirtland AFB

**General Information**
**Notice Type:** Presolicitation
**Posted Date:** May 6, 2008
**Response Date:** Jun 04, 2008 12:00 pm Mountain
**Archiving Policy:** Automatic, 15 days after response date
**Archive Date:** -
**Original Set Aside:** N/A
**Set Aside:** N/A
**Classification Code:** A -- Research & Development
**NAICS Code:** 541 -- Professional, Scientific, and Technical Services/541712 -- Research and Development in the Physical, Engineering, and Life Sciences (except Biotechnology)

This is a SOURCES SOUGHT SYNOPSIS announcement. No proposals are being requested or accepted with this synopsis. THIS IS NOT A SOLICITATION FOR PROPOSALS AND NO CONTRACT SHALL BE AWARDED FROM THIS SYNOPSIS.

Description: The 709 Armament Systems Squadron (709 ARSS), formerly the Air Force Nuclear Weapons and Counterproliferation Agency (AFNWCA), Kirtland AFB, NM is seeking small business Statements of Capability (SOC) for its technical support requirement.

Background: The 709 ARSS has primary technical and programmatic Air Force responsibility for Department of Defense (DoD) and National Nuclear Security Administration-Department of Energy (NNSA-DOE) coordination of counterproliferation and nuclear weapon activities. Activities include, counterforce concept evaluation and development for strikes against chemical, biological, radiological, nuclear and high yield explosive (CBRNE) targets, weapon effectiveness analyses, CBRNE target assessments and intelligence activities, nuclear weapon modification, nuclear weapon life extension studies, technical interchange participation, and corroborating documentation. The 709 ARSS is currently organized into two flights: Combating WMD (CXD) and Stockpile Systems (SSD). Combating WMD or Counter-CBRNE operations are sometimes referred to as "C-CBRNE".

Counterproliferation and nuclear weapon solution concepts are developed and fielded through the USAF/DoD and DOE joint acquisition process (ref. DOD Instruction 5030.55, January 2001) to meet user requirements and ensure continued mission readiness, operation, and reliability certification throughout their lifetime. Interaction between the USAF, DoD, and DOE agencies occurs through counterproliferation and nuclear weapon integrated technical teams led by the 709 ARSS.

Objective: The offeror shall provide scientific, engineering, simulation, computational, computer model development, test support and test planning services. The offeror shall also provide technical analyses with documentation throughout all phases of the 709 ARSS counterproliferation and nuclear weapon development, acquisition, and life extension activities. These services and support functions shall be performed at 709 ARSS facilities, the offeror's facilities, or other locations as needed for specific mission areas. In order to accomplish this wide variety of counterproliferation and nuclear weapons support, the offeror shall maintain a Top Secret classified and closed work area with classified computers and the required equipment for a SIPRNet connection at the offeror's facilities.

The required support has been broken up into 5 broad mission areas listed below. These activities are not separate or distinct, as collaboration, integration, and communication between each mission area is essential in meeting the overall mission of the 709 ARSS.

Mission Areas

Efforts under this synopsis will include the following topics. The contractor shall provide scientific and engineering expertise, code development, technical analyses, modeling, simulation, software support, as well as other technical functions required to support the following 709 ARSS mission areas.

Mission Area 1. CBRNE Pillars/Mission Areas. The contractor shall provide Science and Technology (S&T) expertise to support the 709 ARSS in its present role in assessing the technical merits and suitability of proposed concepts and tactics, techniques, & procedures (TTPs) to meet the National Military Strategy (NMS) to combat Weapons of Mass Destruction (WMD) and Air Force doctrine on C-CBRNE operations. Support will focus on the 709 ARSS role in providing independent technical assessments on capabilities, adaptations, and operational contributions to the three pillars (nonproliferation, counterproliferation, and consequence management) and eight mission areas (offensive operations, elimination operations, interdiction operations, active defense, passive defense, WMD consequence management, security cooperation & partnership activities, and threat reduction cooperation). Contractor will support the 709 ARSS through the spectrum of evolving command relationships and tasks, including the execution of Joint Command and Control (C2) processes, operations of exclusively Air Force forces, coalition operations, and/or interagency operations on US territory.

The contractor shall provide M&S expertise in support of CBRNE source term characterization, agent defeat, and collateral effects prediction as required by 709 ARSS. This includes the development and support of software, integrated components, as well as future models and software applications. Specific tasking includes software development/distribution, training, VV&A, DoD, and other national/international collaboration/software integration efforts, and advanced physics modeling. Advanced physics modeling topics shall include IED and CBRN source modeling, as well as urban and rural atmospheric dispersion. This activity includes updating M&S codes as directed by the government.

The contractor shall provide expertise in support of Nuclear Agent Defeat (NAD) efforts for the 709 ARSS. This work will involve the continuing development of a modeling toolset to simulate a nuclear attack on open targets and/or agents in a tunnel/bunker, based on continued use of relevant reports. The contractor shall assist the government in test planning - as it relates to data analysis, as well as providing technical expertise for government-led design reviews, and on-site testing to assure each test yields the necessary data for determining the vulnerability of

agent containers to a blast load in a tunnel. This effort may include integrating the NAD tools into comprehensive fast-running software architecture with other agent defeat tools.

The contractor shall provide S&T expertise in support of 709 ARSS efforts involving agent defeat weapon concept exploration or system development. Extensive M&S and S&T support will be required to adjudicate technologies and evaluate concepts. The contractor shall provide this support while the 709 ARSS remains responsible for assessing weapon concepts. For each concept evaluated, the contractor shall provide, at the request of the 709 ARSS, a documented assessment and archive this report for future reference.

Mission Area 2. CBRNE and Nuclear Weapons Lethality, Effects and Neutralization: The contractor shall provide support for 709 ARSS efforts involving Chemical and Biological dispersion, lethality, effects, and neutralization. This includes providing internationally recognized S&T expertise across the CBRNE spectrum with many efforts focusing in data analysis and code development in order to update the Empirical Lethality Methodology (ELM) efforts and assess bulk neutralization and decontamination efforts.

In support of the ELM efforts, the contractor must be prepared to support continued model development/improvement, biological testing, chemical modeling/testing, and radiation characterization. ELM-specific efforts often involve small-scale simulant experimentation, methodology development, documentation, literature review, and software development. The contractor shall provide science and technology (S&T) support in all of these areas.

The contractor shall provide support for bulk neutralization testing and/or analysis efforts pursued by the 709 ARSS. . The focus of this effort encompasses basic research into phenomena associated with large quantities of WMD materials. The contractor shall provide S&T expertise to participate in all areas of this work, including the coordination with multiple agencies such as DTRA, AFRL, AFRRI and FG

The contractor shall provide S&T expertise in support of decontamination efforts that the 709 ARSS is pursuing. Decontamination activities include M&S, analysis, and evaluation of decontamination procedures and technologies. Decontamination activities also include radiological, chemical, and biological decontamination for aircraft (interior & exterior), airfields, and facilities (buildings). The contractor shall develop new and/or use existing codes for decontamination. Examples include BPTK, AHAT, and FLUENT-CFD. The contractor shall provide real-time analytical support for these activities starting with a literature review of past efforts associated with decontamination/neutralization activities that have already been accomplished. The contractor shall assess these activities and, where applicable, leverage past work to aid in current 709 ARSS taskings.

The contractor shall assist the government in test planning - as it relates to data analysis, as well as providing technical expertise for government-led design reviews, and on-site testing to assure each test yields the necessary data for model development and/or weapon evaluations and decontamination model development.

Mission Area 3. CBRNE and Nuclear Weapons Studies. The contractor shall provide support for studies, both internal and external, that the 709 ARSS initiates or is requested to initiate covering all mission areas. These studies include, but are not limited to, Conventional Weapon Effects, Advanced Nuclear Weapons, Nuclear Stockpile management, and C-CBRNE studies.

The contractor shall be capable of modeling the effectiveness of baseline and conceptual weapons upon targets, including general weapon effects, as well as viable vented WMD material

and the resulting collateral hazard, should there be WMD materials involved. The contractor shall build and maintain a database of real and analytic targets of interest for these analyses and general C-CBRNE studies. Additionally, the contractor shall support the Phase 6.X Studies for modification and life extension of current stockpile nuclear weapons with recognized S&T experts in all facets of nuclear weapon system design including warhead, platform, and component expertise.

The contractor shall provide technical, analytical support for the Air Force Nuclear Enterprise Roadmap, warhead studies, CBRNE elimination, defensive, & consequence management studies, NWCSSC Action Officer and Principals presentations and meetings, and CBRNE irregular warfare studies in support of Air Staff (A3/5). This could include the S&T work associated with active defense, passive defense, decontamination efforts, annual warhead assessments, and items of interest to the NWCSSC. Support may include the capture of the operational ramifications of the S&T efforts, and the formulation of tactics, techniques, and procedures (TTPs). Support may also encompass the use of modern tools such as air base protection with planning tools, situational awareness software and sensor system deployment for prototype demonstration or operational deployment. Additionally, support may include nuclear weapon effects analyses, weapon/platform effectiveness assessments, aging stockpile assessments, and surveillance testing.

The contractor shall provide S&T expertise in a broad range of engineering, and science disciplines with specific applicability to nuclear weapon design, platform design, active/passive defense system architecture and design, passive defensive system designs, and consequence management/mitigation methodologies in support of 709 ARSS initiated or supported studies. Work in this area may involve working with other agencies (Navy, DTRA etc.) and providing independent assessments for new technologies using both first principle and fast analytic codes. For this effort, literature searches for historical data for intense neutron source data, previous agent defeat concepts, and nuclear warhead studies will be conducted. Such searches will be made in order to avoid false starts in new model development.

Mission Area 4. Collaboration and Technical Assessments. The contractor shall provide internationally recognized S&T expertise in support of the 709 ARSS's efforts with external organizations. The 709 ARSS has several working relationships with external organizations to share information or provide independent technical assessments in areas that cover the 709 ARSS mission including C-CBRNE, nuclear weapons, and conventional weapons.

The contractor shall provide internationally recognized S&T expertise in the engineering and science disciplines in the CBRNE arenas to support collaborative efforts that the 709 ARSS is pursuing with the United Kingdom (UK). This includes validation and verification of modeling software and capabilities, development of new modeling and simulation tools, agent neutralization assessments, CBRNE sensors development/assessments, counterforce weapon effectiveness, and test plan reviews. The contractor shall perform literature searches for CBRNE activities that are of combined interest to 709th ARSS and MOD UK.

The contractor shall provide S&T expertise in the engineering and science disciplines to support 709 ARSS interests in certain Sandia National Laboratories (SNL) efforts. These activities require expertise in navigation, guidance, and control (NG&C), CBRNE sensor design, command and control system design, advanced capabilities focused on command & control, NG&C, weapon systems, and sensor design/integration. Anticipated support includes technical analyses and modeling and simulation in support of flight/ground tests.

The contractor shall provide support for any 709 ARSS independent technical assessments. Efforts in this area included penetration modeling using both finite element and hydrocode data analysis, circuit design, advanced physics modeling, conventional and non-conventional weapon design, advanced sensor design, and, advanced C2 and NG&C design/analysis, and advanced efforts in the nuclear weapons and CBRNE fields. Additionally, the contractor will provide technical analysis and advice in support of the nuclear weapons Lead Project Officers during and between Project Officer Meetings.

Mission Area 5. Weapon Testing and Analysis: The contractor shall provide support for the 709 ARSS for conventional and nuclear weapon's testing, effects, and analysis.

The contractor shall provide S&T expertise in support of baseline and conceptual weapon testing efforts pursued by the 709 ARSS. The contractor shall assist the government in test planning - as it relates to data analysis, as well as providing technical expertise for government-led design reviews, and on-site testing to assure each test yields the necessary data for weapon effectiveness model development and/or weapon evaluations. This work also includes test design, data collection, and/or writing test reports. Tests could include above-ground tests/bunker tests designed to investigate the effectiveness of weapons at causing container damage and neutralizing any stored chemical or biological agents. Modeling and simulation support will be required as well as coordination with other government agencies and contractors. .

The contractor shall provide S&T expertise in conventional, nuclear, and other non-conventional efforts supporting fuzing studies, analyses and designs. Coordination with AAC, SNL, and other agencies will be required.

The contractor shall provide S&T expertise in support of any 709 ARSS Hard and Deeply Buried Target Defeat Capability (HDBTDC) efforts. The contractor shall apply and/or develop the necessary fast running penetration codes, finite element codes, and hydrocodes for penetration or ground shock studies and analysis. A requirement of this mission area includes literature searches for targets, fast-running codes, and previous first-principles studies on HDBTDC activities.

Required Skill Set: The contractor shall demonstrate that they can provide the following skill sets and/or knowledge bases in order to accomplish all of the above mission areas. Additionally, the contractor shall address experience in the above mission areas and, specifically, in the areas listed below. This list is not intended to be all-inclusive of every skill-set that the 709 ARSS may request from the contractor but represents the core skill sets required by the 709 ARSS

- S&T and operational expertise in Chemical/biological defense and enemy employment techniques
- Expertise in developing and running Modeling & Simulation tools to conduct studies and analyses in the areas of CBRNE and nuclear weapon design
- Successfully developing and implementing Model & Simulation to include VV&A plans and maintaining configuration control
- Design and analytical expertise in Guidance, Navigation and Control for unique weapons, aircraft, and ballistic missiles
- Expertise in analyzing dynamics in a vibrational/acoustic environment
- S&T expertise in developing target execution technologies (Find, fix, track, engage, and assess)
- Expertise in neutralization methodologies & tools for chemical compounds to include bulk neutralization techniques

• Expertise in neutralization methodologies & tools for biological agents and toxins
• Expertise in radiological & nuclear effects to include effects to biological and chemical agents/compounds
• Expertise in weapon development and analysis including advanced energetics and other non-conventional systems
• Ability to plan, conduct and lead studies, tests, and/or assessments
• Expertise in nuclear weapon design, analysis, effects, and assessments
• Expertise in advanced CBRNE sensor design, assessments, and operational assessments
• Expertise in designing and assessing CBRNE defense technologies
• Demonstrated expertise across the 8 CBRNE mission areas
• A broad range of technical levels across the following engineering and science fields
o Microbiology
o Chemistry
o Biology
o Operations research
o Geology
o Aerospace engineering
o Mechanical engineering
o Electrical engineering
o Physics
o Civil Engineering
o Computer Engineering
o Nuclear Engineering
o Computer Science
o Materials Science

The value of this requirement is estimated to be 36 million over a five year period
Estimated Funding profile:
FY09 - $3,000,000
FY10 - $7,500,000
FY11 - $8,500,000
FY12 - $8,500,000
FY13 - $8,500,000
Total $36,000,000

Request for Statement of Capability
Small businesses having the capability to perform this work are invited to submit a Statement of Capability (SOC) in order for the Government to determine whether the acquisition should be set aside for small businesses. Offerors shall indicate whether they are/are not a small business, a small disadvantaged business, 8(a), hub-zone certified, woman-owned, veteran-owned, service disabled veteran-owned or Historically Black College or University. Foreign owned firms are advised they may be precluded from submitting a SOC. These firms are advised to contact the Contracting Point of Contact or Technical Point of Contact before submitting a SOC to determine whether there are restrictions.

The Statement of Capability (SOC) shall contain the following information: (1) Demonstrate ability to respond to all mission areas as well as integrate all areas (2) Clearly

demonstrate the ability as the prime to complete fifty percent of the effort for each mission area as well as all areas concurrently and demonstrate how the efforts not supported by the prime will be supported; (3)Include a notional plan to assure the availability of an adequate number of qualified personnel to perform the continuous mission requirements and the short term, quick response requirements (4) Demonstrate how classified work at the Top Secret level would be accomplished in the execution of this requirement (5) Provide a correlation of the skill sets to the mission areas and identify personnel associated with each mission area in a table format or similar format (6) Discuss experience within the last five years in each of the mission areas

Interested small businesses are requested to submit a SOC. Original plus 2 copies are due no later than 12:00 pm MST on 4 June 2008. The SOC shall be submitted to: Det 8 AFRL/RVKE, Attn: Sources Sought, Shirley D. Lindom, 2251 Maxwell St SE, Bldg 424, Kirtland AFB, NM 87117-5773. Any responses for this synopsis not received by the due date and time will not be considered. Any responses for this synopsis received not addressing all of the mission areas and responding to all six areas requested for the SOC may not be evaluated as being capable. The SOC is limited to 10 pages, single-spaced, 12-point font, Times New Roman, excluding resumes. Resumes, submittal of names, professional qualifications and specific experience of all personnel who may be assigned, not including clerical, should be included to enhance our consideration and evaluation of the information submitted. This information does not count against the 10 page response. Submitted information shall be unclassified. NOTE that should there be a contract award it will be made only to offeror(s) who currently have access to a facility cleared to the Top Secret level and have sufficient Top Secret cleared and qualified personnel available at the time of contract award. An organizational conflict of interest clause is anticipated in any resultant contract. Reference AFMC FAR Clause 5352.209-9002, Organizational Conflict of Interest (Jul 1997). Potential offerors responding to this sources sought synopsis must indicate whether they qualify as a small business under NAICS Code 541712, size standard 500 employees.

This is not a Request for Proposal and is not to be construed as a commitment by the Government to issue a solicitation or ultimately award a contract. Any costs incurred as a result of this announcement shall be borne by the offeror and will not be charged to the Government for reimbursement. Do not submit a SOC if you do not intend to be a prime or lead. Potential offerors should refer contracting concerns to the Contracting Officer, Shirley D. Lindom at (505) 846-5935, or refer technical concerns to the Technical Point of Contact at (505) 846-6960.

Point of Contact
Contractual or Business Point of Contact - Shirley D. Lindom, Contracting Officer, Phone (505) 846-5935, Email shirley.lindom@kirtland.af.mil
Technical Point of Contact - Capt James Norman, Phone (505)846-6960, Email james.norman@kirtland.af.mil

Acronym Definitions
Acronym Definition
A3/5 Air, Space & Information Operations, Plans & Requirements - part of HQ USAF
AAC Air Armament Center
AF Air Force
AFB Air Force Base
AFNWCA Air Force Nuclear Weapons and Counterproliferation Agency (AFNWCA)

AFRL Air Force Research Laboratory
AFRRI Armed Forces Radiobiology Research Institute
AHAT Air base Hazard Assessment Tool
BPTK Building Protection Tool Kit - a DARPA sponsored system
C2 Command and Control
CBRNE Chemical, Biological, Radiological, Nuclear and high yield Explosive
C-CBRNE Counter CBRNE
CFD Computational Fluid Dynamics
CXD Combating WMD Division of AFNWCA
DARPA Defense Advanced Research Projects Agency
DoD Department of Defense
DOE Department of Energy
DTRA Defense Threat Reduction Agency
ELM Empirical Lethality Methodology - developed by AFNWCA for agent viability
FG Forest Glenn Naval Medical Research Center
FLUENT A commercial CFD code
HDBT Hard and Deeply Buried Target Defeat
HDBTDC Hard and Deeply Buried Target Defeat Capability
HQ Head Quarters
IED Improvised Explosive Device
JEM Joint Effects Model
LBSD Land Based Strategic Deterrent
M&S Modeling and Simulation
MAJCOM Major Command (USAF)
NAD Nuclear Agent Defeat
NMS National Military Strategy
NNSA National Nuclear Security Agency
OSD Office of the Secretary of Defense
S&T Science and Technology
SCI Sensitive Compartmented Information
SNL Sandia National Laboratory
SIPRNet Secret Internet Protocol Router Network
SSD Stockpile Systems Division, a division of AFNWCA
TTPs Tactics, Techniques and Procedures
UK United Kingdom
US United States
USAF United States Air Force
VV&A Validation, Verification & Accreditation
WMD Weapons of Mass Destruction

**Contracting Office Address:**
2251 Maxwell Ave
Kirtland AFB, New Mexico 87117
**Place of Performance:**

Multiple locations

United States
**Primary Point of Contact.:**
Shirley D Lindom,
Contracting Officer
shirley.lindom@kirtland.af.mil
Phone: 505-846-5935
Fax: 505-846-5576

# EXHIBIT 8

DEPARTMENT OF THE AIR FORCE
WASHINGTON DC 20330-1000

OFFICE OF THE SECRETARY

May 9, 2008

SAF/LLP
1160 Air Force Pentagon
Washington, DC 20330-1160

The Honorable Heather Wilson
United States Representative
20 First Plaza NW, Suite 603
Albuquerque, New Mexico 87102

Dear Congresswoman Wilson

This is in response to your letter of April 22, 2008, to the Secretary of the Air Force on behalf of Mr. Anthony Contri, President of RhinoCorps Ltd Co. (RhinoCorps), regarding additional competition concerns in support of the Air Force Nuclear Weapons Counter-proliferation Agency (AFNWCA) located at Kirtland Air Force Base (AFB), New Mexico.

The initial Air Force response, dated April 17, 2008, addressed the current and future needs of the recently stoodup AFNWCA's 709th Armament Systems Squadron (709 ARSS) and summarized how those needs have changed since the award of RhinoCorps' 2003 contract. The Air Force informed your office and constituent of its intent to conduct further market research through issuance of a Sources Sought Synopsis in order to make sure small businesses are afforded an opportunity to compete to fill the needs of the 709 ARSS.

The constituent alleges that his company was assured by the 709 ARSS that a Request for Proposal (RFP) was to be issued. During the process of deciding how best to meet the current needs of the 709 ARSS, the agency considered a number of possible approaches, including the issuance of a new RFP. No government official can make a binding commitment or promise to any one contractor that the government will pursue a specific acquisition approach desired by that contractor. Allowance by the government of such influence by an incumbent contractor over, or insight into, its acquisition planning would violate procurement integrity. The agency did question 709 ARSS officials, who would most likely have had contact with the constituent and/or other RhinoCorps employees during the timeframe in question; none had a recollection of giving a commitment to RhinoCorps that an RFP would be issued.

The constituent alleges that employees of his company were asked to "explain or train other contractor employees." The Air Force did not ask RhinoCorps employees to explain or train contractor employees from another company. The Air Force notified RhinoCorps that two new contractor employees would be spending time with RhinoCorps employees who were working on air-delivery systems. They were told that these employees would be part of the team. RhinoCorps raised the matter with the Air Force and on March 20, 2008, the contracting officer contacted the constituent, Mr. Contri, and clarified that the two contractor employees

were not replacing any current work that was assigned to RhinoCorps and that it was not the 709 ARSS' intention for RhinoCorps employees to provide any type of training. The 709 ARSS has since separated the new contractor employees from RhinoCorps employees and has asked that all communications between the two go through the government.

Finally, to address your specific concerns, the following information is provided:

The Air Force did consider the possibility of extending the current RhinoCorps contract. However, the government concluded that the contract no longer meets the needs of the 709 ARSS. A number of the administrative and technical functions being performed by RhinoCorps under its existing contract are no longer needed. In addition, the 709 ARSS' future for scientific and technical analysis now requires highly skilled technical expertise across a broad spectrum and often only on an as-needed basis. The Sources Sought Synopsis posted May 6, 2008, to conduct further market research provides information regarding the current needs of the 709 ARSS and allows RhinoCorps and other small businesses an opportunity to demonstrate what ability they may have to meet those needs.

The recent standup of the AFNWC and reorganization of Air Force Nuclear Weapons and Counter-proliferation Agency as the 709 ARSS, underneath the AFNWC, eliminated the requirement for some redundant support. For example, under the current RhinoCorps contract, the 709 ARSS is provided with Information Technology (IT) support from RhinoCorps. The AFNWC also has a contract to supply IT support. Being under the AFNWC, the 709 ARSS will be provided with IT support from the AFNWC by way of the AFNWC's IT support contract. The RhinoCorps contract also provides administrative support to the 709 ARSS; however, the 709 ARSS gained a military person to provide this support with the reorganization. The 709 ARSS has also been able to fill most of its previously vacant government positions, allowing much of the Program/Project Management that RhinoCorps had provided to be completed by government personnel. Additionally, the 709 ARSS has hired two chemists, one military officer and one government civilian, who will now complete its chemical analysis requirement.

There is no inconsistency between eliminating redundant or unnecessary requirements and the issuance of a Sources Sought Synopsis for remaining requirements of the 709 ARSS; the needs of the Air Force have simply changed. The issuance of the Sources Sought Synopsis ensures that small businesses are afforded an equitable opportunity to compete for the new 709 ARSS requirements where such businesses have the capacity to do so.

We appreciate your interest in this matter and trust the information provided is useful

Very respectfully

Randolph P. Miller

RANDOLPH P. MILLER, Colonel, USAF
Chief, Programs and Legislation Division
Office of Legislative Liaison

# EXHIBIT 9

LEWIS AND ROCA LLP LAWYERS

Ross L. Crown
201 Third Street NW, Suite 1950
P. O. Box 1027
Albuquerque, New Mexico 87103-1027

Direct Dial: 505 764-5402
Direct Fax: 505 764-5463
RCrown@LRLaw.com

Our File Number: 46843-00003

May 23, 2008

**<u>Via E-Mail and First Class Mail</u>**

Ms. Shirley D. Lindom
Chief, Electronics Space Systems Contracting
AFRL/RVKE
Kirtland AFB, NM 87117

Re: ARSS Contract No. F29601-03-C-0203

Dear Ms. Lindom:

This law firm represents RhinoCorps Ltd. Co. I am writing to you concerning the above-referenced contract being performed by RhinoCorps for the Air Force Nuclear Weapons Center, 709th Armament Assistance Squadron (hereafter referred to as the "Contract"). I understand you are the Contracting Officer for the Contract.

RhinoCorps is concerned about the resolicitation of the requirement represented by the Contract. As you know, the Contract is the latest in a sequence of contracts under a small business set-aside program extending back over 20 years. After a two-year basic effort period followed by three one-year options, the Contract is now due to expire effective 30 May 2008. Unfortunately, the Air Force failed to timely proceed with a resolicitation of this requirement. As a result, after this month, there will be no contract in place to perform the work that has been provided by RhinoCorps.

Without a new contract to replace the existing Contract, we understand the Air Force has been diverting work within the scope of the Contract to another contract being administered by the Defense Threat Reduction Agency (DTRA) and performed by ITT-AES. It is also RhinoCorps' understanding that after the Contract expires, the Air Force will use the DTRA contract to satisfy its requirements for the work previously provided by RhinoCorps. RhinoCorps objects to these diversions as improper transfers of work from a small business set-aside program to a contract being performed by an other-than-small business. RhinoCorps further understands that the Air Force has now belatedly decided to resolicit the requirement represented by the Contract and has issued a source selection survey. However, this is anticipated to be a lengthy process, and it is possible that a new contract will not be in place for another year.

RhinoCorps believes that under these circumstances, the Contract should be extended by the Air Force until a new contract is in place. This would preserve the integrity of the small business set-aside program.

LEWIS AND ROCA LLP
LAWYERS



Please advise if the Air Force will agree to extend the Contract as described. If not, RhinoCorps intends to protest this decision to the U.S. Court of Federal Claims. In this protest, RhinoCorps will, among other things, request the Court to order injunctive relief prohibiting the Air Force from satisfying its requirements within the scope of the Contract under the DTRA Contract and requiring the Air Force to extend the term of the Contract until a new contract is in place.

As RhinoCorps intends to proceed with this protest promptly, I must ask that you let me know by close of business on Tuesday, May 26, 2008 whether or not the Air Force will agree to extend the RhinoCorps Contract until a new contract is in place. If I do not hear from you by then, RhinoCorps will assume that the Air Force does not intend to extend the Contract and will proceed accordingly.

Thank you for your attention to this matter. I look forward to hearing from you.

Sincerely,

LEWIS AND ROCA LLP

Ross L. Crown

RLC/JW
cc: Anthony Contri
RhinoCorps, Ltd. Co.

# EXHIBIT 10

**DEPARTMENT OF THE AIR FORCE**
**AIR FORCE RESEARCH LABORATORY (AFMC)**

Via E-Mail 27 May 2008

Memorandum For: Mr. Ross L. Crown
Lewis and Roca, LLP Lawyers
201 Third Street NW, Suite 1950
P.O. Box 1027
Albuquerque, NM 87103-1027

From: Det 8/AFRL RVKE
ATTN: Shirley D. Lindom
2251 Maxwell Street SE, Bldg. 424
Kirtland AFB NM 87117-5773

Subject: File Number 46843-00003, Letter dated 23 May 2008

Dear Mr. Crown,

The issues raised in your letter dated 23 May 2008 appear to be essentially the same as those raised earlier by your firm and by your client in their correspondence to HQ AFMC and during previous meetings with various government personnel. We believe the Air Force's position on those issues has been fully set forth in the responses provided to the two Congressional inquiries submitted on behalf of your client. Those responses are attached.

Despite the assertion in your letter, I am not aware of any specific item of work being performed by RhinoCorps under its current contract that is being reassigned to ITT-AES. Work similar in nature to some of the work performed by your client for the 709th Nuclear Systems Squadron will continue to be performed under a DTRA contract, as has been the case for many years. We believe your client has been fully aware of this situation throughout the life of the RhinoCorps contract and knows that their contract has never been a requirements contract entitling them to all work of this nature. If you are aware of some specific item of work currently being performed by Rhino employees that will not be completed by the end of RhinoCorps' contract, please let me know.

The 709th is in the process of planning how to meet its long term requirements to provide scientific, engineering, simulation, computational, computer model development, test support, test planning services and technical analyses throughout all phases of the 709th counterproliferation and nuclear weapon development, acquisition, and life extension activities. A sources sought synopsis was issued on 6 May 2008 and we understand that your client expects to respond to that synopsis. No final decision on how best to fill those needs has yet been made, nor will it be made until after responses to the sources sought synopsis have been analyzed. The responses are due no later than noon MST 4 June 2008.

Under the facts, as I currently understand them, there is no basis to award your client what would amount to a sole source contract for further services and there are no plans to extend their current contract.

SHIRLEY D. LINDOM
Contracting Officer
Space Vehicles Directorate Contracting Division

Attachments:
Congressional dated April 17, 2008
Congressional dated May 9, 2008