# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| RHINOCORPS LTD. CO., | * | |
| Plaintiff, | * | No. 08-00410C |
| v. | * | Filed: June 5, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

A telephone conference is scheduled for Tuesday, June 17th at 11:00 am EST.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge