**UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

**RHINOCORPS LTD. CO.,**

**Plaintiff,** **No. 08-410 C**
**(Senior Judge Hodges)**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**MOTION TO ENLARGE TIME TO FILE**
**RESPONSE TO MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiff RhinoCorps Ltd. Co. respectfully requests a 16 day enlargement of the time period within which it may file its response in opposition to the Motion to Dismiss brought by Defendant United States. RhinoCorps' response is presently due on July 21, 2008, and the enlargement will extend the response period up to and including August 6, 2008. Defendant consents to this enlargement.

Plaintiff requests this enlargement because its counsel requires additional time to complete its response. Following service of the Motion to Dismiss, counsel for Plaintiff left on a two week vacation to which he had previously committed. In addition, since returning from vacation, counsel's schedule has been very full.

DATED this 18th day of July 2008.

LEWIS AND ROCA LLP

By ____/s/____

Ross L. Crown
Attorneys for Plaintiff RhinoCorps Ltd. Co.
201 Third Street NW, Suite 1950
P. O. Box 1027
Albuquerque, New Mexico 87103-1027
Telephone: (505) 764-5400
Facsimile: (505) 764-5480

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2008, a copy of the foregoing Motion to Enlarge Time to File Response to Motion to Dismiss was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/____
Ross L. Crown



256677.1