IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **RHINOCORPS LTD. CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 08-410C** |
| | ) | **(Senior Judge Hodges)** |
| **v.** | ) | |
| | ) | **BID PROTEST** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of seven days, to and including August 27, 2008, within which to file its reply to plaintiff's response to our motion to dismiss. Defendant's reply is now due to be filed on August 20, 2008. This is our first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff consents to this request.

A brief enlargement of time is needed to provide the defendant adequate time to prepare a reply to plaintiff's response, to coordinate with agency counsel, and to finalize the reply, following mandatory supervisory review.

For these reasons, defendant respectfully requests that the Court grant its motion for a 29-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Steven Gillingham
STEVEN GILLINGHAM
Assistant Director

/s Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

August 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19 day of August, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Courtney E. Sheehan